AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

ISSUED ORIGINAL FILED

OCT 20 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNSEALED

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:23-mj-00123-SKO |
| JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He | ) ) ) ) ) | |
| Defendant | ) | |

USMS FRESNO RCVD

## ARREST WARRANT

OCT 19 2023 AM 9:08

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

  21 U.S.C. §§ 331(a) and (c) -- Misbranded medical devices
  18 U.S.C. §§ 1001(a)(1)-(3) -- False Statements

Date: 10/18/2023

_____
*Issuing officer's signature*

City and state:   Fresno, California

Hon. Sheila K. Oberto, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/19/23 , and the person was arrested on *(date)* 10/19/23
at *(city and state)* Reedley, CA

Date: 10/19/23

_____
*Arresting officer's signature*

for FDA

_____
*Printed name and title*