PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-mj-00123-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DETENTION HEARING AND PRELIMINARY HEARING |
| v. | |
| JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

    IT IS HEREBY STIPULATED between the parties that the detention hearing and preliminary hearing set for November 8, 2023, can be continued until November 16, 2023, at 2:00 p.m., before the United States Magistrate Judge on duty. Good cause exists for the requested continuance pursuant to 18 U.S.C. § 3142(f)(2) and Fed. R. Crim. P. 5.1(d) because defense counsel has a conflicting trial in another matter and will not be ready for the detention hearing and preliminary hearing in this case until November 16, 2023. Time under the Speedy Trial Act has already been excluded through November 8, 2023. The parties agree that time shall also be excluded from November 9, 2023, through November 16, 2023, for purposes of

defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).  The parties also agree that the defendant should remain temporarily detained until November 16, 2023.

Dated:  October 25, 2023                  /s/ Anthony Capozzi
                                          Anthony Capozzi
                                          Defense Counsel


Dated:  October 25, 2023                  /s/ Joseph Barton
                                          Joseph Barton
                                          Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He,<br><br>Defendant. | Case No. 1:23-mj-00123-SKO<br><br>ORDER |

Upon the parties' stipulation, and for good cause shown pursuant to 18 U.S.C. § 3142(f)(2) and Fed. R. Crim. P. 5.1(d), the detention hearing and preliminary hearing that are scheduled for November 8, 2023, are continued until November 16, 2023, at 2:00 p.m., before the United States Magistrate Judge on duty.  Time under the Speedy Trial Act has been excluded through November 8, 2023.  Time shall also be excluded from November 9, 2023, through November 16, 2023, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

The defendant shall remain temporarily detained until November 16, 2023.

IT IS SO ORDERED.

Dated:  **October 31, 2023**          /s/ Erica P. Grosjean
                                                                             UNITED STATES MAGISTRATE JUDGE