ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DAVID HE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

******

| UNITED STATES OF AMERICA. | ) CASE NO.: 1:23-cr-00219-NODJ-BAM |
|---|---|
| Plaintiff, | ) **STIPULATION** |
| v. | ) **AND ORDER TO CONTINUE** |
| JIA BEI ZHU, | ) **STATUS CONFERENCE** |
| Defendant. | ) |

## **BACKGROUND**

This matter is currently scheduled for a status conference on January 10, 2024.  Doc 27. On December 19, 2023, the Court directed the parties to file a joint status report; or in the alternative, to file a stipulation to continue the status conference. *Id.*  The parties have agreed that further time is necessary for defense investigation, review of discovery, trial preparation, and potential plea negotiations.  The parties have therefore agreed to stipulate to a continuance of the status conference.

## **STIPULATION AND [PROPSED] ORDER**

ITS IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys, that the status conference currently set for January 10, 2024, be continued

to January 24, 2024.  Time shall be excluded from January 10, 2024, to January 24, 2024, under the Speedy Trial Act for defense preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

Dated: December 21, 2023,  By: */s/ Anthony P. Capozzi*_____
ANTHONY P. CAPOZZI, Attorney for
DAVID HE

Dated: December 21, 2023,  By: */s/ Joseph Barton*_____
JOSEPH BARTON,
Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the status conference is continued from January 10, 2024, to **January 24, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. § 3161 (h)(7)(A), B(iv).

The Court notes that the parties dispute Defendant's true name.  Accordingly, the Court sets an evidentiary hearing for **January 24, 2024, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe** to determine Defendant's true name.  Alternatively, the parties may submit, in advance of the evidentiary hearing, a stipulation as to Defendant's true name and the Court will vacate the hearing.

IT IS SO ORDERED.

Dated:   **December 21, 2023**                    /s/ *Barbara A. McAuliffe*_____
UNITED STATES MAGISTRATE JUDGE