ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
 DAVID HE

FILED
Dec 27, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.  )<br>                                                  )<br>        Plaintiff,                          )<br>                                                  )<br>   v.                                          )<br>                                                  )<br> DAVID HE, ZHU                       )<br>                                                  )<br>        Defendant.                      )<br>_____) | CASE NO.: 1:23-cr-00219-ADA-BAM<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE, [PROPOSED] ORDER.** |

  Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, David He, having been advised of his right to be present at all states of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be always represented by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if defendant was personally present, and requests that this court allow his attorney-in-fact to Always represent his interests. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dated: 12/21/2023      ,    By: _____David He_____
                                            DAVID HE, DEFENDANT

Dated: December 21, 2023,            By: /s/ Anthony P. Capozzi
                                     ANTHONY P. CAPOZZI, Attorney for
                                     DAVID HE


I declared that on December 21, 2023, I read the entire contents of the Request for Rule 43 Waiver of Appearance to DAVID HE, translating the document from English to Chinese.

Dated: December 21, 2023,            By: _____
                                     SIMON Y. WONG, Chinse Interpreter


### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

DATED: 12/27/23                      BY: /s/ B. McAuliffe
                                     United States Magistrate Judge
                                     Eastern District of California

HOWEVER, the request for waiver for the January 24, 2024 evidentiary hearing is DENIED. If the parties submit a stipulation as to the defendant's true name not later than January 22, 2024, Defendant need not appear at the hearing.

BAM

2
UNITED STATES V. DAVID HE, Case No.: 1:23-cr-00219-ADA-BAM
REQUEST FOR RULE 43, WAIVER OF APPEARANCE