PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00219-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the status conference scheduled for January 24, 2024, may be continued until March 13, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform. The parties agree that time under the Speedy Trial Act shall be excluded through March 13, 2024, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  January 19, 2024          /s/ Anthony Capozzi
                                  Anthony Capozzi
                                  Defense Counsel

Dated:  January 19, 2024          /s/ Joseph Barton
                                  JOSEPH BARTON
                                  Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00219-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference scheduled for January 24, 2024, is continued until **March 13, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through March 13, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **January 19, 2024**         /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE