PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00219-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the status conference scheduled for March 13, 2024, may be continued until April 10, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced initial discovery and supplemental discovery to defense counsel. Defense counsel has further investigation to perform. The parties agree that time under the Speedy Trial Act shall be excluded through April 10, 2024, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  March 6, 2024        /s/ Anthony Capozzi
                                                    Anthony Capozzi
                                                    Defense Counsel

Dated:  March 6, 2024        /s/ Joseph Barton
                                                    Joseph Barton
                                                    Assistant United States Attorney

1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   | UNITED STATES OF AMERICA | Case No. 1:23-cr-00219-NODJ-BAM |
   |---|---|
   | Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
   | v. | |
   | JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He, | |
   | Defendant. | |

19      Upon the parties' stipulation and for good cause shown, the status conference scheduled

20  for March 13, 2024, is continued until **April 10, 2024, at 1:00 p.m., before the Honorable**

21  **Barbara A. McAuliffe**. The period through April 10, 2024, inclusive, is excluded pursuant to

22  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

23  IT IS SO ORDERED.

25      Dated:  **March 7, 2024**            /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE