ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DAVID HE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. Plaintiff, v. DAVID HE, Defendant. | CASE NO.: 1:23-CR-00219-NODJ-BAM **MOTION FOR REVIEW OF DETENTION** Date: April 24, 2024 Time: 2:00 p.m. Hon. Erica P. Grosjean |

Defendant, David He moves by and through his attorney, Anthony P. Capozzi move for a Detention Review.

The defendant was Indicted on November 10, 2023 (Docket #14) on two Counts of Distribution of Adulterated and Misbranded Medical Devices, which occurred on December 28, 2020, and January 24, 2022.

The defendant was also charged with making false statements in an interview with agents of the United States Food and Drug Administration which recorded on a body camera. The alleged false statements are as follows:

1. He was not Zhu or Jesse Zhu, and that he was instead Qiang He, aka David He;
2. He was hired by UMI as a Covid-19 consultant in 2021;
3. He was hired by PBI, just a couple of weeks prior to speaking with FDA officials, to coordinate the company's interactions with government agencies;

4. He did not know the manufacturing and distribution history for UMI or PBI; and

5. He did not have access to UMI or PBI's distribution records, financial records, or ownership records.

On November 22, 2023, Pretrial Services filed a report for a detention hearing that was held on November 22, 2023, (**EXHIBIT A**, Transcript).

On Page 14: 21-16:3, the Honorable Judge Stanley Boone determined that the government by a preponderance of the Evidence that the defendant was a flight risk and by a preponderance of the evidence, the defendant obstructed justice.

The Judge found that there were no conditions or a combination of conditions that would reasonably assure his appearance. The Court did consider the nature and circumstances of the offense as factors in assessing whether the defendant should be released on conditions. (RT 15:3-13)

The Court further found that the defendant had no community ties, other than the nature of the allegations in the Indictment, that there are insufficient financial resources and that the Court is unaware of the accessibility at that point in time to those financial resources. (RT 15:14-18)

David He is a Chinese Citizen who applied for Asylum in the United States on or about February 19, 2021. (**EXHIBIT B**, coversheet from attorney, no avoid personal information)

The Court was concerned with the different names the defendant used irrespective of the proffer that the defendant changed his name, stating that this was not an easily done and it requires a legal process in order to effectuate a name change in the United States. (RT 15: 19-25) (**EXHIBIT C**, Is the legal document establishing the name change by David He, dated August 3, 2021).

The Government argued that the defendant was a flight risk because six days after the government executed a search warrant at the Reedley Lab, flight records obtained by Homeland Security show that the defendant's newborn son and his mother, Zhaoyan Wang flew on a one-way ticket to China. (RT 4:1-17)

The Government failed to point out that the airline tickets were booked on September 3, 2023, with flights scheduled for September 20, 2023. (**EXHIBIT D**, Declaration of Zhaoyan Wang regarding airline booking in Chinese and its translation. (Attachment 1)

Clearly, Ms. Wang and her son were not aware of the search warrant which was served on September 13, 2023. (Docket #1, Page 20, Paragraph 70) when the tickets were purchased.

The intention of Ms. Wang was to fly back to China on a one-way ticket to visit family and at a later date purchase a round trip ticket from China to the United States and later return to China. (**EXHIBIT D**, Declaration of Ms. Wang)

The defendant is a Chinese citizen with a Chinese passport and lives in a house in Las Vegas, Nevada that is owned by David Destinay Discovery.

Ms. Wang states in her declaration that David Destiny Discovery, LLC, invests in real estate with money from her family in China.

Ms. Wang also states in her declaration that:

a) Universal Meditech Inc., (UMI) was established in 2015 and it is engaged in research development, manufacturing, and sales of medical invitro diagnostic reagents.

Wang Xiaoxiao is the current CEO of UMI with two shareholders. 70% is Guandgdi Packaging Co. Ltd., registered in Qingdao, China, and 30% is MedSauce, registered in Nevada.

Ms. Wang is the company manager. The main investment comes from China and the technology comes from China and Canada.

b) Prestige Biotech Inc, PBI was established in 2021, and is engaged in the investment and management of medical diagnostic companies and testing institutions. Registered in Nevada.

Yao Xiuqin in the current CEO and company's sole shareholder and investor.

c) David Destiny Discovery, LLC., 3D was established in 2022. 3D is engaged in the sale, operation, and management of Las Vegas real estate. It is registered in Las Vegas.

Ms. Wang is the company manager.

3D is willing to post two properties as collateral: 979 Sugar Springs Drive, Las Vegas, Nevada and 1336 N. Blackwood in Clovis, California.

## **Argument**

As stated in the Pretrial Report (PSR) Page 1, the interview was conducted by telephone with the defendant in jail and with an interpreter at another location on the telephone.

On Page 2 of the PSR, it states:

"He was previously married from 1984 to 2014, his ex-wife and children reside in Vancouver, Canada. The defendant reported he has not had contact with his children since 2016. The defendant's parents reside in China, and he has one brother living in New Zealand. This information remains unverified."

This is an interview over the telephone with an interpreter and the conversation was related to his family in Canada with his ex-wife. Nothing was asked if he had additional family in the United States, but the defendant did not mention the newborn. The Declaration of Ms. Wang may reflect why the defendant did not mention the newborn or was the defendant referring to his family in Canada. This should not be considered as an obstruction under 18 U.S.C. § 1342 (f)(2)(B) which states in pertinent part:

Upon motion of the attorney for the Government or upon the judicial officers' own motion in a case that involves:

(B) A serious risk that such person will obstruct or attempt to obstruct justice, or threaten injury or intimidate, a prospective witness or juror.

The fact that the defendant did not mention a newborn son is not a serious risk that the

defendant obstructed anything. The significance of the new baby has nothing to do with the defendant' flight risk. This interview was a three-way call with the defendant at the jail on a cell phone, with the pretrial officer and the interpreter at different locations. The conditions were not ideal for communicating.

Further the Government argues that the defendant only stated he had $10,000 - $20,000 in his personal bank accounts. There was no evidence presented that the defendant did not! However, the Government alleged that the defendant had over $250,000, go through the company that the defendant and the mother of his son's company controlled. (**EXHIBIT A**, Transcript, Page 12, 3-13) (**EXHIBIT E**, Wells Fargo statements and checks to 3D)

The Wells Fargo statements and checks made out to 3D which total approximately $250,000 are for the rent of various properties and for investments. This is nothing improper or illegal with this rent payment nor are they the personal assets of Mr. He.

Mr. He has retained this attorney and attorney, Kevin Little to file claims against the City of Reedley, County of Fresno and to file a civil rights action against the City of Reedley, County of Fresno and against the United States Government.

Further, UMI has a viable lawsuit against the owners of the property at 3900 N. Blattella Lane, in Fresno. (**EXHIBT F**, Commercial Lease Agreement, and letter from Ford Tetra Partners)

Mr. He is in the process of retaining a real estate attorney to pursue this litigation.

## Proposal

Zhaoyhan Wang is willing to post a 3D property in Las Vegas, Nevada, at 979 Sugar Springs Drive, and as collateral. The property is valued at approximately $850,000. The rental property at 1336 N. Blackwood in Clovis, California valued at approximately $450,000, would also be posted as collateral.

Mr. He would propose to live in the 979 Sugar Springs Drive Las Vegas, Nevada residence, with an ankle bracelet, GPS monitoring and surrender his Chinese passport.

Further Mr. He would propose to have two third party custodians, Michael Lin, his Las

Vegas attorney, and Ori Soloman, the property manager of 3D properties in Las Vegas.

With the total value of properties at $1.3 million, ankle bracelet, GPS monitoring, surrendering his passport and two third party custodians, along with the defendant's claims and lawsuit against the City of Reedley, County of Fresno, and the United States Government in addition to a lawsuit against owners of 3900 N. Blattella Lane, in Fresno are sufficient factors to ensure that Mr. He would not be a flight risk.

**Conclusion**

It is respectfully requested that Mr. He be released with the conditions proposed.

Dated: December 21, 2023,

By: */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI, Attorney for
DAVID H