# EXHIBIT

# B

Demidchik
Law Firm

DEMIDCHIK LAW FIRM, PC
923 E Valley Blvd Suite 268
San Gabriel, CA 91776
**T:** 626-317-0033
**F:** 212-810-7257
**W:** demidchiklawfirm.com
**E:** contact@demidchiklawfirm.com

**February 16, 2021**

FEB 19 2021

COPY

**VIA USPS Priority Mail**
**USCIS**
**California Service Center**
**P.O. Box 10881**
**Laguna Niguel, CA 92607-0881**

**RE: Asylum Application (Form I-589)**
**Applicant: HE, Qiang (D.O.B. 06/18/1964)**

Dear Sir or Madam:

This matter is being filed pursuant to Section 208 of the Immigration and Nationality Act. To support the applicant's asylum application based upon the fear of persecution if he returns to China, we are enclosing the following documents (in duplicates):

1. Form G-28,
2. Form I-589, Application for Asylum and for Withholding of Removal with One (1) Passport-type Photo,
3. Applicant's Personal Statement, and
4. Copy of Applicant's Passport,

We greatly appreciate your assistance to this matter.

Sincerely,

D. Garth Sullivan, Esq.

DGS/lz
Enclosure