# EXHIBIT

# C

Electronically Received 04/20/2021 03:31 PM
Electronically Received 04/20/2021 03:31 PM

NC-130

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER: 201579<br>NAME: Ronni Kaplan<br>FIRM NAME: Dermalchik Law Firm<br>STREET ADDRESS: 923 E Valley Blvd, Suite 268<br>CITY: San Gabriel STATE: CA ZIP CODE: 91776<br>TELEPHONE NO.: 626 317 0033 FAX NO.: 212 807 2257<br>E-MAIL ADDRESS: contact@dcklawfirm.com<br>ATTORNEY FOR (name): Qiang He | FILED<br>Superior Court of California<br>County of Los Angeles<br>AUG 03 2021<br>Sherri R. Carter, Executive Officer/Clerk<br>By ______ Deputy<br>Cecilia Guerrero |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 111 N HILL ST<br>MAILING ADDRESS: 111 N HILL ST<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: STANLEY MOSK | |
| PETITION OF (name of each petitioner):<br>QIANG HE<br>FOR CHANGE OF NAME | |
| DECREE CHANGING NAME | CASE NUMBER:<br>21STCP01218 |

1. The petition was duly considered:
   a. ☐ at the hearing on *(date)*: in Courtroom: of the above-entitled court.
   b. ☑ without hearing.

**THE COURT FINDS**

2. a. All notices required by law have been given.
   b. Each person whose name is to be changed identified in item 3 below ☑ is not ☐ is required to register as a sex offender under section 290 of the Penal Code. This determination was made *(check one)*: ☑ by using CLETS/CJIS ☐ based on information provided to the clerk of the court by a local law enforcement agency.
   c. ☑ No objections to the proposed change of name were made.
   d. ☐ Objections to the proposed change of name were made by *(name)*:
   e. It appears to the satisfaction of the court that all the allegations in the petition are true and sufficient and that the petition should be granted.
   f. ☐ Other findings *(if any)*:

**THE COURT ORDERS**

3. The name of

| | Present name | | New name |
|---|---|---|---|
| a. | QIANG HE | is changed to | DAVID HE |
| b. | | is changed to | |
| c. | | is changed to | |
| d. | | is changed to | |
| e | | is changed to | |

☐ Additional name changes are listed on Attachment 3.

Date: AUG 0 3 2021

Michelle W Court
JUDGE OF THE SUPERIOR COURT
MICHELLE WILLIAMS COURT

Page 1 of 1

I certify that this is a true and correct copy of the original on file in this office consisting of 1 pages

SHERRI R. CARTER, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles

Date: SEP 08 2021 By: ______, Deputy

P. MURO