# EXHIBIT

# E

# Initiate Business Checking℠



WELLS FARGO

DAVID DESTINY DISCOVERY LLC
979 SUGAR SPRINGS DR
LAS VEGAS NV 89110-2936

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

**Other Wells Fargo Benefits**

It's a new day for the Security Center in the Wells Fargo Mobile® app. With a new look, easier navigation, and a brand new interactive security check-up tool, you can see your security settings in one place and make sure they are up to date. It's live now, so sign-on or download the Wells Fargo Mobile app today to check it out and learn about ways to help protect your accounts and information.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $22,896.48 |
| Deposits/Credits | 137,004.71 |
| Withdrawals/Debits | - 138,378.75 |
| **Ending balance on 9/30** | **$21,522.44** |

Account number: **1078033121**
**DAVID DESTINY DISCOVERY LLC**
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 321270742
For Wire Transfers use
Routing Number (RTN): 121000248

WELLS FARGO

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/1 | | Purchase authorized on 08/31 Love's #392 Tehachapi CA P463244195474494 Card 9230 | | 87.35 | 22,809.13 |
| 9/5 | | WT Fed#02146 HSBC Hong Kong /Org=Titanicom Tech Limited Srf# 248609804 Trn#230905034659 Rfb# Hk105093Bi456796 | 100,000.00 | | |
| 9/5 | | Wire Trans Svc Charge - Sequence: 230905034659 Srf# 248609804 Trn#230905034659 Rfb# Hk105093Bi456796 | | 15.00 | 122,794.13 |
| 9/6 | | Purchase authorized on 09/05 Republic Services 866-576-5548 AZ S383248476583820 Card 9230 | | 55.36 | |
| 9/6 | | Purchase authorized on 09/05 Republic Services 866-576-5548 AZ S463248775761362 Card 9230 | | 497.15 | |
| 9/6 | | Purchase authorized on 09/05 Arco66134001 Las Vegas NV P000000389699346 Card 9230 | | 63.11 | 122,178.51 |
| 9/7 | | Purchase authorized on 09/07 Arco42718001 Long Beach CA P000000679059491 Card 9230 | | 16.89 | 122,161.62 |
| 9/8 | | Wire Trans Svc Charge - Sequence: 230908125891 Srf# 0006451251756255 Trn#230908125891 Rfb# | | 40.00 | |
| 9/8 | | Purchase authorized on 09/07 Arco66134001 Las Vegas NV P000000273558649 Card 9230 | | 47.96 | |
| 9/8 | | WT Seq125891 Coo Wire Compliance /Bnf=Jian Yang Srf# 0006451251756255 Trn#230908125891 Rfb# | | 100,000.00 | 22,073.66 |
| 9/11 | | Direct Pay Monthly Base | | 10.00 | |
| 9/11 | | Recurring Payment authorized on 09/09 Spi*NV Energy 800-331-3103 NV S463252840458581 Card 9230 | | 689.75 | 21,373.91 |
| 9/12 | | Purchase Return authorized on 09/11 Safeco Insurance C 800-332-3226 MA S583255199296053 Card 9230 | 1,608.60 | | 22,982.51 |
| 9/13 | | Airbnb 4977 Airbnb SEP 12 G-6Fidh2Msn2Ul6 TRN*1*G-6Fidh2Msn2Ul6\ | 7,423.89 | | 30,406.40 |
| 9/14 | | eDeposit IN Branch 09/14/23 12:46:18 PM 791 N Nellis Blvd Las Vegas NV 9230 | 4,066.98 | | |
| 9/14 | | eDeposit IN Branch 09/14/23 04:18:08 PM 1851 E Herndon Ave Clovis CA | 3,600.00 | | |
| 9/14 | 117 | Deposited OR Cashed Check | | 10,080.00 | 27,993.38 |
| 9/15 | | eDeposit IN Branch 09/15/23 03:52:16 PM 5410 W Charleston Blvd Las Vegas NV 9230 | 20,305.24 | | 48,298.62 |
| 9/18 | | Recurring Payment authorized on 09/16 Wow Carwash #11 833-969-9274 NV S583259439352746 Card 9230 | | 26.99 | 48,271.63 |
| 9/19 | | Recurring Payment authorized on 09/17 Dox*Bill Pay - Dox 866-2174483 WA S463261192558194 Card 9230 | | 5.99 | |
| 9/19 | | Recurring Payment authorized on 09/17 Dox*Bill Pay - Dox 866-2174483 WA S583261216406573 Card 9230 | | 5.99 | |
| 9/19 | | Recurring Payment authorized on 09/18 Cox Las Vegas Comm 800-234-3993 NV S383261489959438 Card 9230 | | 64.99 | |
| 9/19 | 114 | Check | | 1,500.00 | 46,694.66 |
| 9/20 | | Purchase authorized on 09/20 Teso66166001 Las Vegas NV P000000487391154 Card 9230 | | 66.68 | 46,627.98 |
| 9/21 | | Purchase authorized on 09/20 Safeco Corporation Boston MA S303264076061724 Card 9230 | | 2,026.00 | |
| 9/21 | | Purchase authorized on 09/21 Arco42567001 Victorville CA P000000473631941 Card 9230 | | 88.67 | |
| 9/21 | | Sunrun 8554786786 A23263 348156822233 Zhaoyan Wang | | 140.19 | 44,373.12 |
| 9/22 | | Sunrun 8554786786 B23264 348196666718 Zhaoyan Wang | | 158.48 | 44,214.64 |
| 9/25 | | Purchase authorized on 09/21 Infinity 800-782-1020 AL S583264760210103 Card 1169 | | 609.45 | 43,605.19 |
| 9/26 | | Purchase authorized on 09/26 Arco42280001 Las Vegas NV P000000189064810 Card 9230 | | 74.95 | 43,530.24 |

WELLS FARGO

## *Transaction history(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/28 | | Withdrawal Made In A Branch/Store | | 22,000.00 | 21,530.24 |
| 9/29 | | Cash Deposit Processing Fee | | 7.80 | 21,522.44 |
| **Ending balance on 9/30** | | | | | **21,522.44** |
| **Totals** | | | **$137,004.71** | **$138,378.75** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 114 | 9/19 | 1,500.00 | 117 * | 9/14 | 10,080.00 |

* *Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2023 - 09/30/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $42,870.00 ☑ |
| • Minimum daily balance | $500.00 | $21,373.91 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 7,600 | 5,000 | 2,600 | 0.0030 | 7.80 |
| Transactions | 7 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$7.80** |

WELLS FARGO

# IMPORTANT ACCOUNT INFORMATION

**Limits to your Card**

Effective on or after August 28, 2023 in Selected Terms and Conditions for
- Wells Fargo Consumer debit and ATM cards
- Wells Fargo Campus debit and ATM cards
- Wells Fargo Business debit, ATM, and deposit cards
- Wells Fargo Advisors debit cards

In the section titled "Using your card," under subsection titled "Daily limits and funds available for using your Card" bullet titled "The limits for your Card" is deleted and replaced with:

The limits for your Card: We provide you your daily ATM withdrawal and purchase limits when you receive your Card. You can confirm your Card's daily limits by signing on to Wells Fargo Online or the Wells Fargo Mobile® app, or calling us at the number listed in the "Contact Us" section. Note: For security reasons there may be additional limits on the amount, number, or type of transactions you can make using your Card, including the geographic location of the ATM or merchant.

Please see the Wells Fargo debit and ATM card terms and conditions applicable to your card, which can be found at www.wellsfargo.com/debit-card/terms-and-conditions.

---

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement ...................... $ ________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ________
$ ________
$ ________
\+ $ ________

....................................... **TOTAL** $ ________

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

....................................... **TOTAL** $ ________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above ............ - $ ________

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register ........................... $ ________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking SM

October 31, 2023 ■ Page 1 of 5

WELLS FARGO

DAVID DESTINY DISCOVERY LLC
979 SUGAR SPRINGS DR
LAS VEGAS NV 89110-2936

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

**Other Wells Fargo Benefits**

It's a new day for the Security Center in the Wells Fargo Mobile® app. With a new look, easier navigation, and a brand new interactive security check-up tool, you can see your security settings in one place and make sure they are up to date. It's live now, so sign-on or download the Wells Fargo Mobile app today to check it out and learn about ways to help protect your accounts and information.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $21,522.44 |
| Deposits/Credits | 3,600.00 |
| Withdrawals/Debits | - 10,767.57 |
| **Ending balance on 10/31** | **$14,354.87** |

Account number: **1078033121**
**DAVID DESTINY DISCOVERY LLC**
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 321270742
For Wire Transfers use
Routing Number (RTN): 121000248

WELLS FARGO

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/2 | | Purchase authorized on 09/28 Southwest Gas 702-8767001 NV S583271636927424 Card 9230 | | 45.64 | |
| 10/2 | | Recurring Payment authorized on 09/30 Cox Las Vegas Comm 800-234-3993 NV S583273419477100 Card 9230 | | 74.99 | |
| 10/2 | | Zelle to Lopez Aislim on 10/02 Ref #Pp0Rlwhwrp Garden Management Expenses IN September 20 | | 400.00 | 21,001.81 |
| 10/3 | | Purchase authorized on 10/02 Arco66134001 Las Vegas NV P000000571859268 Card 9230 | | 66.05 | |
| 10/3 | | Purchase authorized on 10/03 Arco66134001 Las Vegas NV P000000577805950 Card 9230 | | 80.47 | 20,855.29 |
| 10/4 | | Clearview Estate Assn Dues 39796089 David Destiny Discover | | 220.00 | |
| 10/4 | | Clearview Estate Assn Dues 39796092 David Destiny Discover | | 220.00 | 20,415.29 |
| 10/6 | | Amerihome Mtg 1 Time Dft 100423 0165781527 Zhaoyan Wang | | 3,333.40 | 17,081.89 |
| 10/10 | | eDeposit IN Branch 10/10/23 11:36:57 Am 710 E Shaw Ave Fresno CA | 3,600.00 | | |
| 10/10 | | Direct Pay Monthly Base | | 10.00 | |
| 10/10 | | Purchase authorized on 10/09 Arco66134001 Las Vegas NV P000000170166661 Card 9230 | | 65.04 | 20,606.85 |
| 10/11 | | Recurring Payment authorized on 10/09 Spi*NV Energy 800-331-3103 NV S303282453043790 Card 9230 | | 380.22 | |
| 10/11 | | Recurring Payment authorized on 10/09 Spi*NV Energy 800-331-3103 NV S583282460393802 Card 9230 | | 413.76 | 19,812.87 |
| 10/16 | | Purchase authorized on 10/12 Southwest Gas 702-8767001 NV S583285557864391 Card 9230 | | 64.29 | |
| 10/16 | | Purchase authorized on 10/12 Southwest Gas 702-8767001 NV S583285558071686 Card 9230 | | 11.48 | |
| 10/16 | | Purchase authorized on 10/16 Arco66198001 Las Vegas NV P000000985351106 Card 9230 | | 70.40 | 19,666.70 |
| 10/17 | 107 | Deposited OR Cashed Check | | 4,367.15 | 15,299.55 |
| 10/18 | | Recurring Payment authorized on 10/16 Wow Carwash #11 833-969-9274 NV S583289436438435 Card 9230 | | 26.99 | 15,272.56 |
| 10/19 | | Recurring Payment authorized on 10/17 Dox*Bill Pay - Dox 866-2174483 WA S583291192557041 Card 9230 | | 5.99 | |
| 10/19 | | Recurring Payment authorized on 10/17 Dox*Bill Pay - Dox 866-2174483 WA S383291216630222 Card 9230 | | 5.99 | 15,260.58 |
| 10/20 | | Recurring Payment authorized on 10/19 Cox Las Vegas Comm 800-234-3993 NV S303292422226456 Card 9230 | | 64.99 | 15,195.59 |
| 10/23 | | Recurring Payment authorized on 10/22 Republic Services 866-576-5548 AZ S463295300920031 Card 9230 | | 51.06 | |
| 10/23 | | Sunrun 8554786786 A23293 510069254331 Zhaoyan Wang | | 140.19 | |
| 10/23 | | Sunrun 8554786786 B23293 510069737281 Zhaoyan Wang | | 158.48 | 14,845.86 |
| 10/25 | | Bill Pay Zhaolin on-Line xxxxxx1513 on 10-25 | | 100.00 | 14,745.86 |
| 10/27 | | Purchase authorized on 10/26 Gtl*Inmate Phone S 866-516-0115 VA S383299859697811 Card 9230 | | 28.00 | |
| 10/27 | | Purchase authorized on 10/26 Gtl*Inmate Phone S 866-516-0115 VA S583300001136980 Card 9230 | | 35.00 | 14,682.86 |
| 10/30 | | Purchase authorized on 10/27 Gtl*Inmate Phone S 877-650-4249 VA S383300806081328 Card 1169 | | 25.00 | |
| 10/30 | | Purchase authorized on 10/27 Gtl*Inmate Phone S 877-650-4249 VA S583301010550027 Card 1169 | | 50.00 | |
| 10/30 | | Purchase authorized on 10/28 Gtl*Inmate Phone S 866-516-0115 VA S583301704067225 Card 1169 | | 28.00 | |
| 10/30 | | Purchase authorized on 10/29 Gtl*Inmate Phone S 877-650-4249 VA S463302728651630 Card 9230 | | 25.00 | |

WELLS FARGO

## *Transaction history(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/30 | | Purchase authorized on 10/29 Gtl*Inmate Phone S 877-650-4249 VA S463302783261651 Card 9230 | | 50.00 | |
| 10/30 | | Purchase authorized on 10/29 Gtl*Inmate Phone S 877-650-4249 VA S303302801578904 Card 9230 | | 25.00 | 14,479.86 |
| 10/31 | | Purchase authorized on 10/29 Gtl*Inmate Phone S 877-650-4249 VA S383303033713654 Card 9230 | | 50.00 | |
| 10/31 | | Recurring Payment authorized on 10/30 Cox Las Vegas Comm 800-234-3993 NV S463303420890719 Card 9230 | | 74.99 | 14,354.87 |
| **Ending balance on 10/31** | | | | | **14,354.87** |
| **Totals** | | | **$3,600.00** | **$10,767.57** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 107 | 10/17 | 4,367.15 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2023 - 10/31/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $17,270.00 √ |
| • Minimum daily balance | $500.00 | $14,354.87 √ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 3,600 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 8 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

WELLS FARGO

# IMPORTANT ACCOUNT INFORMATION

**Limits to your Card**

Effective on or after August 28, 2023 in Selected Terms and Conditions for
- Wells Fargo Consumer debit and ATM cards
- Wells Fargo Campus debit and ATM cards
- Wells Fargo Business debit, ATM, and deposit cards
- Wells Fargo Advisors debit cards

In the section titled "Using your card," under subsection titled "Daily limits and funds available for using your Card" bullet titled "The limits for your Card" is deleted and replaced with:

The limits for your Card: We provide you your daily ATM withdrawal and purchase limits when you receive your Card. You can confirm your Card's daily limits by signing on to Wells Fargo Online or the Wells Fargo Mobile® app, or calling us at the number listed in the "Contact Us" section. Note: For security reasons there may be additional limits on the amount, number, or type of transactions you can make using your Card, including the geographic location of the ATM or merchant.

Please see the Wells Fargo debit and ATM card terms and conditions applicable to your card, which can be found at www.wellsfargo.com/debit-card/terms-and-conditions.

---

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

WELLS FARGO

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.
- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.
- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.
- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement ...................... $ ________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ________
$ ________
$ ________
\+ $ ________

...................................... **TOTAL** $ ________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

...................................... **TOTAL** $ ________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above ............ - $ ________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register............................ $ ________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking SM



WELLS FARGO

DAVID DESTINY DISCOVERY LLC
979 SUGAR SPRINGS DR
LAS VEGAS NV 89110-2936

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

**Tips on wiring money**

Wiring money is just like sending cash. Help protect yourself by knowing how to spot the signs of a scam. Red flags include pressure to send right away, investments that promise high returns, unexpected requests from impersonators posing as well-known organizations, and last-minute changes to established wire instructions. Consider consulting a banker before you wire money.

**Learn more at wellsfargo.com/stopwirescams**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $14,354.87 |
| Deposits/Credits | 9,600.00 |
| Withdrawals/Debits | - 23,440.05 |
| **Ending balance on 11/30** | **$514.82** |

Account number: **1078033121**
**DAVID DESTINY DISCOVERY LLC**
*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

WELLS FARGO

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/1 | | Bill Pay Thomas Business Law Group,P.C. on-Line xxxxx7199 on 11-01 | | 2,000.00 | 12,354.87 |
| 11/3 | | Bill Pay Thomas Business Law Group,P.C. on-Line xxxxx7199 on 11-03 | | 2,000.00 | 10,354.87 |
| 11/6 | | Bill Pay Thomas Business Law Group,P.C. on-Line xxxxx7199 on 11-06 | | 2,000.00 | 8,354.87 |
| 11/7 | | eDeposit IN Branch 11/07/23 02:09:07 PM 1851 E Herndon Ave Clovis CA | 3,600.00 | | |
| 11/7 | | Purchase authorized on 11/06 Sq *Thomas Busines 877-417-4551 CA S463310752910376 Card 9230 | | 700.00 | |
| 11/7 | | Non-WF ATM Withdrawal authorized on 11/07 20 W Shaw Ave Clovis CA 583311772273173 ATM ID 00968071 Card 1169 | | 503.00 | |
| 11/7 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 10,749.37 |
| 11/8 | | Non-WF ATM Balance Inquiry Fee 11/08 205 W Shaw A Clovis CA ATM ID Wwe10349 Card 1169 | | 2.50 | |
| 11/8 | | Direct Pay Monthly Base | | 10.00 | 10,736.87 |
| 11/9 | | Purchase authorized on 11/08 Sq *Thomas Busines 877-417-4551 CA S303312853677972 Card 9230 | | 700.00 | |
| 11/9 | | Purchase authorized on 11/08 Gtl*Inmate Phone S 866-516-0115 VA S303313062719599 Card 9230 | | 35.00 | |
| 11/9 | | Purchase authorized on 11/08 Gtl*Inmate Phone S 866-516-0115 VA S463313066597337 Card 9230 | | 35.00 | 9,966.87 |
| 11/10 | | Purchase authorized on 11/08 Gtl*Inmate Phone S 877-650-4249 VA S383313077427246 Card 9230 | | 20.00 | 9,946.87 |
| 11/13 | | Purchase authorized on 11/10 Sq *Thomas Busines 877-417-4551 CA S383315254676857 Card 9230 | | 700.00 | 9,246.87 |
| 11/14 | | Purchase authorized on 11/12 Southwest Gas 702-8767001 NV S383316633256652 Card 9230 | | 22.02 | |
| 11/14 | | Purchase authorized on 11/12 Southwest Gas 702-8767001 NV S383316633626372 Card 9230 | | 34.31 | |
| 11/14 | | Recurring Payment authorized on 11/12 Spi*NV Energy 800-331-3103 NV S383316634312983 Card 9230 | | 15.08 | 9,175.46 |
| 11/16 | | Purchase authorized on 11/14 Gtl*Inmate Phone S 877-650-4249 VA S463319199366113 Card 9230 | | 35.00 | 9,140.46 |
| 11/17 | | ATM Withdrawal authorized on 11/17 17799 E Colima Rd City of Indus CA 0007031 ATM ID 0824Y Card 9230 | | 700.00 | 8,440.46 |
| 11/20 | | Recurring Payment authorized on 11/16 Wow Carwash #11 833-969-9274 NV S383320472659422 Card 9230 | | 26.99 | |
| 11/20 | | Purchase authorized on 11/17 Gtl*Inmate Phone S 877-650-4249 VA S463322168666252 Card 9230 | | 25.00 | |
| 11/20 | | Recurring Payment authorized on 11/17 Dox*Bill Pay - Dox 866-2174483 WA S383322192666666 Card 9230 | | 5.99 | |
| 11/20 | | Recurring Payment authorized on 11/17 Dox*Bill Pay - Dox 866-2174483 WA S303322216948774 Card 9230 | | 5.99 | |
| 11/20 | | Purchase authorized on 11/18 Gtl*Inmate Phone S 877-650-4249 VA S583322402367784 Card 9230 | | 50.00 | |
| 11/20 | | Purchase authorized on 11/18 Gtl*Inmate Phone S 866-516-0115 VA S303322405409647 Card 9230 | | 35.00 | |
| 11/20 | | Recurring Payment authorized on 11/18 Cox Las Vegas Comm 800-234-3993 NV S303322457550511 Card 9230 | | 64.99 | 8,226.50 |
| 11/21 | | Purchase authorized on 11/20 Sq *Thomas Busines 877-417-4551 CA S383324728606167 Card 9230 | | 700.00 | |
| 11/21 | | Sunrun 8554786786 A23324 511114007958 Zhaoyan Wang | | 143.69 | 7,382.81 |
| 11/22 | | Sunrun 8554786786 B23325 511159874047 Zhaoyan Wang | | 158.48 | 7,224.33 |

WELLS FARGO

## *Transaction history(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/24 | | Bill Pay Payment Return on 11-24 for Thomas Business Law Group,P.C. | 2,000.00 | | |
| 11/24 | | Bill Pay Payment Return on 11-24 for Thomas Business Law Group,P.C. | 2,000.00 | | |
| 11/24 | | Bill Pay Payment Return on 11-24 for Thomas Business Law Group,P.C. | 2,000.00 | | |
| 11/24 | | Purchase authorized on 11/22 Gtl*Inmate Phone S 877-650-4249 VA S303327070837030 Card 9230 | | 25.00 | 13,199.33 |
| 11/28 | | Purchase authorized on 11/27 Gtl*Inmate Phone S 877-650-4249 VA S583331821116674 Card 9230 | | 25.00 | |
| 11/28 | | Purchase authorized on 11/27 Gtl*Inmate Phone S 877-650-4249 VA S303331841428619 Card 9230 | | 100.00 | |
| 11/28 | | Purchase authorized on 11/27 Sq *Thomas Busines 877-417-4551 CA S303332010897021 Card 9230 | | 7,000.00 | 6,074.33 |
| 11/30 | | Purchase authorized on 11/28 Gtl*Inmate Phone S 866-516-0115 VA S383333145742970 Card 9230 | | 28.00 | |
| 11/30 | < | Business to Business ACH Debit - County of Fresno County of 112923 David Destiny Discover | | 5,531.51 | 514.82 |
| **Ending balance on 11/30** | | | | | **514.82** |
| **Totals** | | | **$9,600.00** | **$23,440.05** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:*** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2023 - 11/30/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $9,433.00 ☑ |
| • Minimum daily balance | $500.00 | $514.82 ☑ |

C1/C1

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 3,600 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 8 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

WELLS FARGO

# IMPORTANT ACCOUNT INFORMATION

**Limits to your Card**

Effective on or after August 28, 2023 in Selected Terms and Conditions for
- Wells Fargo Consumer debit and ATM cards
- Wells Fargo Campus debit and ATM cards
- Wells Fargo Business debit, ATM, and deposit cards
- Wells Fargo Advisors debit cards

In the section titled "Using your card," under subsection titled "Daily limits and funds available for using your Card" bullet titled "The limits for your Card" is deleted and replaced with:

The limits for your Card: We provide you your daily ATM withdrawal and purchase limits when you receive your Card. You can confirm your Card's daily limits by signing on to Wells Fargo Online or the Wells Fargo Mobile® app, or calling us at the number listed in the "Contact Us" section. Note: For security reasons there may be additional limits on the amount, number, or type of transactions you can make using your Card, including the geographic location of the ATM or merchant.

Please see the Wells Fargo debit and ATM card terms and conditions applicable to your card, which can be found at www.wellsfargo.com/debit-card/terms-and-conditions.

---

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

WELLS FARGO

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement ...................... $ ________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ________
$ ________
$ ________
\+ $ ________

..................................... **TOTAL** $ ________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

..................................... **TOTAL** $ ________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above ............ - $ ________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register ........................... $ ________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking SM

December 31, 2023 ■ Page 1 of 4

WELLS FARGO

DAVID DESTINY DISCOVERY LLC
979 SUGAR SPRINGS DR
LAS VEGAS NV 89110-2936

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

**Tips on wiring money**

Wiring money is just like sending cash. Help protect yourself by knowing how to spot the signs of a scam. Red flags include pressure to send right away, investments that promise high returns, unexpected requests from impersonators posing as well-known organizations, and last-minute changes to established wire instructions. Consider consulting a banker before you wire money.

**Learn more at wellsfargo.com/stopwirescams**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $514.82 |
| Deposits/Credits | 3,600.00 |
| Withdrawals/Debits | - 727.15 |
| **Ending balance on 12/31** | **$3,387.67** |

Account number: **1078033121**
**DAVID DESTINY DISCOVERY LLC**
*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

WELLS FARGO

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/1 | | Recurring Payment authorized on 11/30 Cox Las Vegas Comm 800-234-3993 NV S383334457604131 Card 9230 | | 74.99 | 439.83 |
| 12/4 | | Purchase authorized on 12/01 Gtl*Inmate Phone S 866-516-0115 VA S383336200241321 Card 9230 | | 28.00 | 411.83 |
| 12/6 | | Purchase authorized on 12/04 Gtl*Inmate Phone S 877-650-4249 VA S303339136701172 Card 9230 | | 30.00 | 381.83 |
| 12/8 | | Direct Pay Monthly Base | | 10.00 | 371.83 |
| 12/11 | | Purchase authorized on 12/09 Gtl*Inmate Phone S 877-650-4249 VA S583344030509251 Card 9230 | | 25.00 | 346.83 |
| 12/12 | | Purchase authorized on 12/10 Gtl*Inmate Phone S 877-650-4249 VA S583345078045432 Card 9230 | | 25.00 | 321.83 |
| 12/13 | | Purchase authorized on 12/11 Gtl*Inmate Phone S 877-650-4249 VA S383346084691362 Card 9230 | | 100.00 | 221.83 |
| 12/18 | | Purchase authorized on 12/14 Southwest Gas 702-8767001 NV S383348616369333 Card 9230 | | 22.02 | |
| 12/18 | | Purchase authorized on 12/14 Southwest Gas 702-8767001 NV S583348616656019 Card 9230 | | 19.99 | |
| 12/18 | | Purchase authorized on 12/17 Gtl*Inmate Phone S 877-650-4249 VA S303351827560626 Card 9230 | | 50.00 | |
| 12/18 | | Purchase authorized on 12/17 Gtl*Inmate Phone S 866-516-0115 VA S383351835964324 Card 9230 | | 28.00 | 101.82 |
| 12/19 | | eDeposit IN Branch 12/19/23 01:39:13 PM 710 E Shaw Ave Fresno CA | 3,600.00 | | |
| 12/19 | | Recurring Payment authorized on 12/17 Dox*Bill Pay - Dox 866-2174483 WA S303352198401915 Card 9230 | | 5.99 | |
| 12/19 | | Recurring Payment authorized on 12/17 Dox*Bill Pay - Dox 866-2174483 WA S383352207625716 Card 9230 | | 5.99 | 3,689.84 |
| 12/21 | | Sunrun 8554786786 A23354 411215436347 Zhaoyan Wang | | 143.69 | 3,546.15 |
| 12/22 | | Sunrun 8554786786 B23355 411234500118 Zhaoyan Wang | | 158.48 | 3,387.67 |
| **Ending balance on 12/31** | | | | | **3,387.67** |
| **Totals** | | | **$3,600.00** | **$727.15** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2023 - 12/31/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $1,636.00 ☑ |
| • Minimum daily balance | $500.00 | $101.82 ☐ |

WELLS FARGO

***Monthly service fee summary (continued)***

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 3,600 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 2 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

## IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Tax Season Reminder:** Wells Fargo delivers tax documents - either by mail or online depending on your delivery preference - no later than January 31 or by the IRS deadline of February 15 for brokerage accounts. Depending on the U.S. Postal delivery service, you should expect to receive your tax documents no later than the end of February. You can update your tax document delivery preferences by visiting Wells Fargo Online®.

The Internal Revenue Service (IRS) requires Wells Fargo to report information regarding the amount of interest, dividend or miscellaneous income earned as well as gross proceeds from sales by providing you with various IRS Forms 1099 based on the different types of transactions that occurred in your account during the calendar tax year. For example, if you have interest in the amount of $10 or more during that timeframe, you will receive a Form 1099-INT from Wells Fargo.

For more information, visit Wells Fargo Tax Center at https://www.wellsfargo.com/tax-center/.

WELLS FARGO

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ______

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ______
$ ______
$ ______
+ $ ______

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ______

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ______

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20230123 | 3282335 | 10310055 | 00000160011128706 | 000000 | 4,000.00 | 2343730091 | 00010064 |

THIS DOCUMENT HAS A TRUE WATERMARK. THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT SIGNATURE LINE AND HOLOGRAM. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

**Educational Employees CREDIT UNION**

P.O. BOX 5242 • FRESNO, CALIFORNIA 93755 • (559) 437-7700

ISSUED BY: MONEYGRAM PAYMENT SYSTEMS, INC., P.O. BOX 9476, MINNEAPOLIS, MN 55480
DRAWEE: BOKF, NA, EUFAULA, OK

49-55/1031

CHECK NO : 3282335

DATE 18JAN23

AMOUNT $ **4000.00

PAY FOUR THOUSAND AND 00/100 DOLLARS

TO THE ORDER OF DAVID DESTINY DISCOVERY, LLC***
PURCHASED BY:MICHAEL SCHMITZ JR

DRAWER: EDUCATIONAL EMPLOYEES CREDIT UNION

AUTHORIZED SIGNATURE

93799 / M 716578-C

⑈3282335⑈ ⑆103100551⑆0160011128706⑈

2343730091

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 00163 AU 00163

Copyright © 2002-2023 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20230202 | 3286026 | 10310055 | 000001600111128706 | 000000 | 3,500.00 | 2343734932 | 00010064 |

THIS DOCUMENT HAS A TRUE WATERMARK. THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT SIGNATURE LINE AND HOLOGRAM. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

Educational Employees CREDIT UNION

P.O. BOX 5242 • FRESNO, CALIFORNIA 93755 • (559) 437-7700

ISSUED BY: MONEYGRAM PAYMENT SYSTEMS, INC., P.O. BOX 9476, MINNEAPOLIS, MN 55480
DRAWEE: BOKF, NA, EUFAULA, OK

49-55/1031

CHECK NO : 3286026

DATE 01FEB23

AMOUNT $ **3500.00

PAY THREE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RUB HERE COLOR FADES WITH HEAT

TO THE ORDER OF DAVID DESTINY DISCOVERY, LLC***
PURCHASED BY: MICHAEL SCHMITZ JR

93799 / M 690703G-C

DRAWER: EDUCATIONAL EMPLOYEES CREDIT UNION

AUTHORIZED SIGNATURE

MP

⑈3286026⑈ ⑆103100551⑆01600111128706⑈

2343734932

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU0163

AU0163

Copyright © 2002-2023 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20230216 | 871003964 | 32207038 | 00000004593400015 | 000000 | 113,423.71 | 6847555086 | 00010064 |

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT

EAST WEST BANK

Member FDIC

135 N. LOS ROBLES AVE., PASADENA, CA 91101

CASHIER'S CHECK

NOTICE TO CUSTOMERS: The purchase of an indemnity bond will be required before any cashier's check issued by this bank will be replaced or refunded in the event it is lost, stolen or destroyed for a period of 90 days from issuance date.

871003964

February 15, 2023

16-7038/3220

PAY TO THE ORDER OF *David Destiny Discovery LLC*

******113,423.71

ONE HUNDRED THIRTEEN THOUSAND FOUR HUNDRED TWENTY THREE DOLLARS AND SEVENTY ONE CENTS

EAST WEST BANK

VOID AFTER 90 DAYS

David Destiny Discovery LLC

CASHIER'S CHECK

OVER $25,000 REQUIRES TWO SIGNATURES

⑈871003964⑈ ⑆322070381⑆ 4593400015⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK AND TOUCH SENSITIVE INK ON THE BACK. HOLD AT AN ANGLE TO VIEW.

ENDORSE CHECK HERE

X David He

DO NOT WRITE/SIGN/STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

Copyright © 2002-2023 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20230306 | - | 32117259 | 00000000004439680 | 001058 | 3,470.00 | 1184374999 | 00010064 |

MICHAEL SCHMITZ
2681 GOSHEN AVE
CLOVIS, CA 93611-8177

1058

90-7259/3211

3-4-23
Date

CHECK ARMOR FRAUD PROTECTION

Pay to the Order of David Destiny Discovery LLC $ 3470.00

Three thousand four hundred seventy dollars and 00/100 — Dollars

Photo Safe Deposit® Details on back

Educational Employees CREDIT UNION 1-800-538-3328 www.myeecu.org

For

⑆321172594⑆00000000443968O⑈1058

1184374999

ENDORSE HERE

X

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU0163

Security features exceed industry standards and include:

Do not cash if:

Copyright © 2002-2023 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20230403 | 64314 | 12240177 | 00000008285079752 | 000000 | 200.00 | 6383070774 | 00010043 |

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

Security 1st Title of Nevada
Escrow Trust
9500 Hillwood Drive Suite 110
Las Vegas, NV 89134

WESTERN ALLIANCE BANK
Phoenix, AZ

64314

Order Number: 103533-DH

Date: 10/27/2022

PAY Two Hundred And 00/100 $200.00

Void After 180 Days

TO THE ORDER OF David Destiny Discovery LLC
979 Sugar Springs Drive
Las Vegas, NV 89110

MEMO Closing Proceeds
PROPERTY: 971 Temple View Drive, Las Vegas, NV 89110

⑈064314⑈ ⑆122401778⑆ 8285079752⑈

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DATE

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Copyright © 2002-2023 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20230403 | - | 32227162 | 00000003953747620 | 003512 | 2,689.49 | 473314073 | 00010003 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**YZ Company USA Inc.**
3120 Sirius Ave
Suite 103
Las Vegas,, NV 89102
702-386-9926

Chase
9551 W Sahara Ave.
Las Vegas, NV 89117
800-789-7000

3512

90-7162/3222

Date 3/24/2023

Pay to the Order of David Destiny Discovery LLC $ **2,689.49

Two Thousand Six Hundred Eighty-Nine and 49/100************************************************************ Dollars

David Destiny Discovery LLC

Memo

Security features included. Details on back.

⑆322271627⑆ 3953747620⑈ 3512

ENDORSE HERE
X

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT ☐ DATE ___

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Padlock design is a certification mark of the Check Payment Systems Association.

Warning: Absence of the following Security Features may indicate alteration

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Copyright © 2002-2023 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| VIEWPOINTE | 20230501 | - | 32117259 | 00000000004439680 | 001025 | 3,500.00 | 6847559089 | 00010064 |

MICHAEL SCHMITZ
2681 GOSHEN AVE
CLOVIS, CA 93611-8177

1025

90-7259/3211

4-1-23 Date

CHECK ARMOR FRAUD PROTECTION

Pay to the Order of David Destiny Discovery LLC $ 3500.00

Three thousand five hundred dollars 00/100 Dollars

Photo Safe Deposit® Details on back

Educational Employees CREDIT UNION 1-800-538-3328 www.myeecu.org

For Rent for 1336 Blackwood

MP

⑆321172594⑆00000000044396800⑈1025

6847559089

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 00157

Copyright © 2002-2023 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20230512 | - | 32117259 | 00000000004439680 | 001026 | 3,500.00 | 1186062536 | 00010064 |

MICHAEL SCHMITZ
2681 GOSHEN AVE
CLOVIS, CA 93611-8177

1026

90-7259/3211

5-1-23 Date

CHECK ARMOR FRAUD PROTECTION

Pay to the Order of David Destiny Discovery LLC $ 3500 00

Three thousand five hundred dollars 00/100 Dollars

Photo Safe Deposit® Details on back

Educational Employees CREDIT UNION 1-800-538-3328 www.myeecu.org

1336 N. Blackwood

⑆321172594⑆00000000004439680⑈ 1026

1186062536

David Destiny Discovery LL

David Ve

Copyright © 2002-2023 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20230519 | 3318185 | 10310055 | 000001600111128706 | 000000 | 3,612.00 | 1748199117 | 00010064 |

THIS DOCUMENT HAS A TRUE WATERMARK. THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT SIGNATURE LINE AND HOLOGRAM. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

Educational Employees CREDIT UNION
P.O. BOX 5242 • FRESNO, CALIFORNIA 93755 • (559) 437-7700

ISSUED BY: MONEYGRAM PAYMENT SYSTEMS, INC., P.O. BOX 9476, MINNEAPOLIS, MN 55480
DRAWEE: BOKF, NA, EUFAULA, OK
49-55/1031

CHECK NO : 3318185

DATE 19MAY23

AMOUNT $ **3612.00

PAY THREE THOUSAND SIX HUNDRED TWELVE AND 00/100 DOLLARS

TO THE ORDER OF
DAVID DESTINY DISCOVERY***
RE: 1336 BLACKWOOD
PURCHASED BY: MICHAEL SCHMITZ JR

DRAWER: EDUCATIONAL EMPLOYEES CREDIT UNION

AUTHORIZED SIGNATURE

93789 / M 7165783-C

⑈3318185⑈ ⑆103100551⑆01600111128706⑈

CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 62854

Copyright © 2002-2023 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20230802 | 3339855 | 10310055 | 00000160011128706 | 000000 | 3,500.00 | 3287000779 | 00010064 |

THIS DOCUMENT HAS A TRUE WATERMARK. THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT SIGNATURE LINE AND HOLOGRAM. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

Educational Employees CREDIT UNION
P.O. BOX 5242 • FRESNO, CALIFORNIA 93755 • (559) 437-7700

ISSUED BY: MONEYGRAM PAYMENT SYSTEMS, INC., P.O. BOX 9476, MINNEAPOLIS, MN 55480
DRAWEE: BOKF, NA, EUFAULA, OK
49-55/1031

CHECK NO : 3339855

DATE 02AUG23 AMOUNT $ **3500.00

PAY THREE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RUB HERE COLOR FADES WITH HEAT

93799 / M 7165783-C

TO THE ORDER OF
DAVID DESTINY DISCOVERY LLC***
RE: RENT 1336 N BLACKWOOD
PURCHASED BY: MICHAEL SCHMITZ

DRAWER: EDUCATIONAL EMPLOYEES CREDIT UNION

AUTHORIZED SIGNATURE

MP

⑈3339855⑈ ⑆103100551⑆0160011128706⑈

3287000779

CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 62854
AU 62854

Copyright © 2002-2023 Wells Fargo & Company. All rights reserved.