PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00219-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE: ORDER |
| v. | |
| JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel that the status conference scheduled for June 12, 2024, may be continued until July 10, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.  The government has produced initial discovery and supplemental discovery to defense counsel.  Defense counsel has further investigation to perform.  The parties agree that time under the Speedy Trial Act shall be excluded through July 10, 2024, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  June 5, 2024

*/s/ Anthony Capozzi*
Anthony Capozzi
Defense Counsel

Dated:  June 5, 2024

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He, Defendant. | Case No. 1:23-CR-00219-NODJ-BAM<br><br>ORDER TO CONTINUE STATUS CONFERENCE |

IT IS SO ORDERED that the status conference is continued from June 12, 2024, to **July 10, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **June 5, 2024**        /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE