# EXHIBIT

# C

中华人民共和国外交部请各国军政机关对持照人予以通行的便利和必要的协助。

*The Ministry of Foreign Affairs of the People's Republic of China requests all civil and military authorities of foreign countries to allow the bearer of this passport to pass freely and afford assistance in case of need.*

中华人民共和国 PEOPLE'S REPUBLIC OF CHINA

护照
PASSPORT



类型/Type: P
国家码/Country Code: CHN
护照号/Passport No.: EJ5782851

姓名/Name
贺强
HE, QIANG

性别/Sex: 男/M
国籍/Nationality: 中国/CHINESE
出生日期/Date of birth: 18 JUN 1964
出生地点/Place of birth: 河北/HEBEI
签发日期/Date of issue: 05 5月/MAY 2022
签发地点/Place of issue: 洛杉矶 LOS ANGELES
有效期至/Date of expiry: 04 5月/MAY 2032
签发机关/Authority: 中国驻洛杉矶总领事馆 CONSULATE GENERAL OF P.R.CHINA IN LOS ANGELES
持照人签名/Bearer's signature: 贺强



POCHNHE<<QIANG<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

EJ57828517CHN6406187M3205046LKNIMHLP<<<<A980