# EXHIBIT
# E

Electronically Received 04/20/2021 03:31 PM
Electronically Received 04/20/2021 03:31 PM

NC-130

ATTORNEY OR PARTY WITHOUT ATTORNEY
STATE BAR NUMBER: 201573
NAME: Romi Kgaffeli
FIRM NAME: Demidchik Law Firm
STREET ADDRESS: 923 E Valley Blvd, Suite 268
CITY: San Gabriel STATE: CA ZIP CODE: 91776
TELEPHONE NO.: 626 317 0033 FAX NO.: 212 807 257
E-MAIL ADDRESS: contact@dcklawfirm.com
ATTORNEY FOR (name): Qiang He

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N HILL ST
MAILING ADDRESS: 111 N HILL ST
CITY AND ZIP CODE: LOS ANGELS , CA 90012
BRANCH NAME: STANLEY MOSK

PETITION OF (name of each petitioner):
QIANG HE
FOR CHANGE OF NAME

FILED
Superior Court of California
County of Los Angeles
AUG 03 2021
Sherri R. Carter, Executive Officer/Clerk
By ______ Deputy
Cecilia Guerrero

## DECREE CHANGING NAME

CASE NUMBER: 21STCP01218

1. The petition was duly considered:
   a. [ ] at the hearing on (date): in Courtroom: of the above-entitled court.
   b. [✓] without hearing.

THE COURT FINDS

2. a. All notices required by law have been given.
   b. Each person whose name is to be changed identified in item 3 below [✓] is not [ ] is required to register as a sex offender under section 290 of the Penal Code. This determination was made (check one): [✓] by using CLETS/CJIS [ ] based on information provided to the clerk of the court by a local law enforcement agency.
   c. [✓] No objections to the proposed change of name were made.
   d. [ ] Objections to the proposed change of name were made by (name):
   e. It appears to the satisfaction of the court that all the allegations in the petition are true and sufficient and that the petition should be granted.
   f. [ ] Other findings (if any):

THE COURT ORDERS

3. The name of

| | Present name | | New name |
|---|---|---|---|
| a. | QIANG HE | is changed to | DAVID HE |
| b. | | is changed to | |
| c. | | is changed to | |
| d. | | is changed to | |
| e | | is changed to | |

[ ] Additional name changes are listed on Attachment 3.

Date: AUG 0 3 2021

Michelle W Court
JUDGE OF THE SUPERIOR COURT
MICHELLE WILLIAMS COURT

I certify that this is a true and correct copy of the original on file in this office consisting of 1 pages

SHERRI R. CARTER, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles

Date: SEP 08 2020 By ________, Deputy

P. MURO