# EXHIBIT

# F


NEVADA
DRIVER
AUTHORIZATION CARD
NOT VALID FOR ID
4d DL NO. 1707467624
3 DOB 06/18/1964
1 HE
2 DAVID
8 979 SUGAR SPRINGS DR
LAS VEGAS, NV 89110-2936
9 CLASS C
9a END NONE
12 REST B
4a ISS
09/12/2023
4b EXP
06/18/2027
15 SEX M
16 HGT 5'-06"
17 WGT 120 lbs
06/18/64
18 EYES BRO
19 HAIR BLK
5 DD 00017750457076444 3623
David He