ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:   (559) 221-7997
E-Mail:      Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
 DAVID HE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA.          )<br>                                    )<br>         Plaintiff,                 )<br>                                    )<br>     v.                             )<br>                                    )<br>DAVID HE,                           )<br>                                    )<br>         Defendant.                 )<br>_____) | CASE NO.:  1:23-CR-00219-DAD-BAM<br><br>**MOTION TO LIST DEFENDANT'S TRUE NAME AT DETENTION FACILITY AND ORDER** |

    Defendant, David He, moves the court to have his true name of David He listed at the Taft Modified Community Correctional facility in Taft, California.

    Said request is based upon the Declaration of Anthony P. Capozzi.

    I, Anthony P. Capozzi, declare:

    1.    This attorney represents the defendant, David He.

    2.    The defendant has been indicted in this action as Jia Bei Zhu aka Jesse Zhu, Qiang He and David He.

    3.    On October 24, 2023, a true name finding of David He was made by the court, **Exhibit A**, Docket Sheet.

    4.    At all times while the defendant was incarcerated at the Fresno County Jail the defendant was properly listed as David He.

    5.    Mr. He has a Chinese passport under the name Qiang He, **Exhibit B.**

6. His name was changed from Qiang He to David He on August 3, 2021, in the Superior Court of Los Angeles, Case No. 21STCP01218, **Exhibit C.**

7. His Nevada license has the name David He, **Exhibit D**.

8. Mr. He is listed as Jia Bei Zhu in the Taft Modified Community Correctional Facility which has caused problems with communication with Mr. He, putting money on his commissary account and for telephone calls.

9. This attorney has contacted the Taft facility and has been informed that the listing has been designated by the U.S. Marshall's office.

10. This attorney contacted the U.S. Marchall's office by email and the Taft Facility. The U.S. Marshall's office informed this attorney that Mr. He is listed as Jia Bei Zhu as set out in the Indictment.

11. It is respectfully requested that the court order the U.S. Marshall's office to change the defendant's listing at the Taft Modified Community Correctional Facility from Jia Bei Zhu to David He.

Dated:  July 7, 2024,          By: */s/ Anthony P. Capozzi*_____
                                      ANTHONY P. CAPOZZI, Attorney for
                                      DAVID HE

**ORDER**

Based upon the true name finding, it is hereby ordered that the defendant, David He be designated at the Taft Modified Community Center as David He.

IT IS SO ORDERED.

Dated:   **July 9, 2024**          _____
                                     UNITED STATES DISTRICT JUDGE