PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00219-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel that the status conference scheduled for August 14, 2024, may be continued until September 11, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced initial discovery and supplemental discovery to defense counsel. The discovery totals tens of thousands of pages and includes detailed financial records. Defense counsel is currently in trial in state court and needs more time to complete his investigation in this case. The parties agree that time under the Speedy Trial Act shall be excluded through September 11, 2024, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: July 31, 2024   */s/ Anthony Capozzi*
Anthony Capozzi
Defense Counsel

Dated: July 31, 2024   */s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  | UNITED STATES OF AMERICA | Case No. 1:23-cr-00219-NODJ-BAM |
    |---|---|
    | Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
    | v. | |
    | JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He, | |
    | Defendant. | |

19      Upon the parties' stipulation and for good cause shown, the status conference scheduled

20  for August 14, 2024, is continued until **September 11, 2024, at 1:00 p.m., before the**

21  **Honorable Barbara A. McAuliffe**.  The period through September 11, 2024, inclusive, is

22  excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

23

24  IT IS SO ORDERED.

25      Dated:  **July 31, 2024**                    /s/ Barbara A. McAuliffe
26                                                  UNITED STATES MAGISTRATE JUDGE

3