*No. 1:23-CR-00219-NODJ-BAM*

**FILED**

**Aug 15, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

<u>*Eastern District of California*</u>

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

JIA BEI ZHU,
aka Jesse Zhu, Qiang He, and David He, and
ZHAOYAN WANG,

## FIRST SUPERSEDING INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1343 – Wire Fraud; 21 U.S.C. §§ 331(a) and 333(a)(2) – Distribution of Adulterated and Misbranded Medical Devices; 18 U.S.C. § 1001(a)(2) – False Statements; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill.*

/ S /

*Foreman.*

*Filed in open court this _ _ _ _ _ _ _ _ _ _ _ _ _ day*

*of _ _ _ _ _ _ _ _ _ _ _ _ , A.D. 20 _ _ _ _*

*Clerk.*

*Bail, $ _ _* AS PREVIOUSLY SET FOR DEFENDANT ZHU; PLEASE ISSUE NO-BAIL WARRANT FOR DEFENDANT WANG _ _

GPO 863 525

AO 257 (CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☑ YES ☐ NO

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:23-cr-00219-NODJ-BAM

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense
FRESNO AND TULARE COUNTY

U.S.C. Citation
PLEASE SEE CHARGING DOCUMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**Eastern District of California, Fresno**

**DEFENDANT – – U.S. vs.**

▶ JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He

Address

Birth Date

☐ Male    ☐ Alien
☐ Female    (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI- SA Cori Orr

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40.    Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    SHOW
☐ U.S. Att'y ☐ Defense    DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.
➤

Name and Office of Person Furnishing Information on

THIS FORM    KERRY RIN

☑ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    ARELIS CLEMENTE

☑ **FORFEITURE ALLEGATION**

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?
☐ Yes    If "Yes," give date filed
☐ No
Mo.    Day    Year

DATE OF ARREST ▶

Or . . . if Arresting Agency & Warrant were not Federal
Mo.    Day    Year

DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

STATUS CONFERENCE ON 9/11/2024

**United States v. Jia Bei Zhu**
**Penalties for First Superseding Indictment**

## COUNT ONE:

VIOLATION:        18 U.S.C. § 1349 – Conspiracy to commit wire fraud

MAX PENALTY:    20 years in prison
$250,000 fine
3 years of supervised release
$100 special assessment

## COUNTS TWO THROUGH NINE:

VIOLATION:        18 U.S.C. § 1343 – Wire fraud

MAX PENALTY:    20 years in prison
$250,000 fine
3 years of supervised release
$100 special assessment

## COUNTS TEN AND ELEVEN:

VIOLATION:        21 U.S.C. §§ 331(a) and 333(a)(2) – Distribution of adulterated and misbranded medical devices

MAX PENALTY:    3 years in prison
$250,000 fine
1 year of supervised release
$100 special assessment

## COUNT TWELVE:

VIOLATION:        18 U.S.C. § 1001(a)(2) – False statements

MAX PENALTY:    5 years in prison
$250,000 fine
3 years of supervised release
$100 special assessment

## FORFEITURE ALLEGATION

As stated in the charging document.

AO 257 (CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☑ YES ☐ NO        PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:23-cr-00219-NODJ-BAM

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: FRESNO AND TULARE COUNTY

U.S.C. Citation: PLEASE SEE CHARGING DOCUMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)

**Eastern District of California, Fresno**

**DEFENDANT -- U.S. vs.**

▶ ZHAOYAN WANG

Address

Birth Date
(Optional unless a juvenile)

☐ Male    ☐ Alien
☐ Female   (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI- SA Cori Orr

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40.   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.
▶

Name and Office of Person Furnishing Information on THIS FORM: KERRY RIN

☑ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ARELIS CLEMENTE

☑ **FORFEITURE ALLEGATION**

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes   If "Yes," give date filed
☐ No
   Mo.   Day   Year

**DATE OF ARREST** ▶

Or ... if Arresting Agency & Warrant were not Federal
   Mo.   Day   Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PLEASE ISSUE ARREST WARRANT

## United States v. Zhaoyan Wang
## Penalties for First Superseding Indictment

### COUNT ONE:

VIOLATION:      18 U.S.C. § 1349 – Conspiracy to commit wire fraud

MAX PENALTY:    20 years in prison
$250,000 fine
3 years of supervised release
$100 special assessment

### COUNTS TWO THROUGH NINE:

VIOLATION:      18 U.S.C. § 1343 – Wire fraud

MAX PENALTY:    20 years in prison
$250,000 fine
3 years of supervised release
$100 special assessment

### COUNTS TEN AND ELEVEN:

VIOLATION:      21 U.S.C. §§ 331(a) and 333(a)(2) – Distribution of adulterated and
misbranded medical devices

MAX PENALTY:    3 years in prison
$250,000 fine
1 year of supervised release
$100 special assessment

### FORFEITURE ALLEGATION

As stated in the charging document.