PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00219-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| JIA BEI ZHU aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the government and the defendant, Jia Bei Zhu aka Jesse Zhu, Qiang He, and David He (hereinafter, "Mr. Zhu"), through their respective counsel that the status conference scheduled for October 23, 2024, may be continued until December 11, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced initial discovery and supplemental discovery to Mr. Zhu's counsel. The discovery totals over 100,000 pages and records, and it includes detailed financial records. Mr. Zhu's counsel needs more time to complete his investigation in this case. Therefore, the government and Mr. Zhu agree that time under the Speedy Trial Act shall be excluded through December 11, 2024, in the interests of justice, including but not limited to, the need for effective defense

preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  They also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  October 16, 2024                      /s/ Anthony Capozzi
                                              Anthony Capozzi
                                              Counsel for Jia Bei Zhu

Dated:  October 16, 2024                      /s/ Joseph Barton
                                              Joseph Barton
                                              Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He, <br><br> Defendant. | Case No. 1:23-cr-00219-NODJ-BAM <br><br> ORDER TO CONTINUE STATUS CONFERENCE |

Upon the stipulation filed by the government and the defendant, Jia Bei Zhu aka Jesse Zhu, Qiang He, and David He, and for good cause shown, the status conference scheduled for October 23, 2024, is continued until **December 11, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through December 11, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **October 16, 2024**           /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE