PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00219-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| JIA BEI ZHU aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the government and the defendant, Jia Bei Zhu aka Jesse Zhu, Qiang He, and David He (hereinafter, "Mr. Zhu"), through their respective counsel that the status conference scheduled for December 11, 2024, may be continued until January 22, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced initial discovery and supplemental discovery to Mr. Zhu's counsel. The discovery totals over 100,000 pages and records, and it includes detailed financial records. Mr. Zhu's counsel needs more time to complete his investigation in this case. Therefore, the government and Mr. Zhu agree that time under the Speedy Trial Act shall be excluded through January 22, 2025, in the interests of justice, including but not limited to, the need for effective defense

preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  They also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  November 27, 2024          /s/ Anthony Capozzi
                                   Anthony Capozzi
                                   Counsel for Jia Bei Zhu

Dated:  November 27, 2024          /s/ Joseph Barton
                                   Joseph Barton
                                   Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00219-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

Upon the stipulation filed by the government and the defendant, Jia Bei Zhu aka Jesse Zhu, Qiang He, and David He, and for good cause shown, the status conference scheduled for December 11, 2024, is continued until **January 22, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through January 22, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: __**December 2, 2024**__   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

3