# EXHIBIT
# A

 INTERPRETER

# U.S. District Court
# Eastern District of California - Live System (Fresno)
# CRIMINAL DOCKET FOR CASE #: 1:23-cr-00219-NODJ-BAM All Defendants

Case title: USA v. Zhu

Date Filed: 11/16/2023

Magistrate judge case number: 1:23-mj-00123-SKO

---

Assigned to: No District Court Judge
Referred to: Magistrate Judge Barbara A. McAuliffe

**Defendant (1)**

**Jia Bei Zhu**
*also known as*
Jesse Zhu
*also known as*
Qiang He
*also known as*
David He

represented by **Anthony P. Capozzi**
Law Offices of Anthony P. Capozzi
1233 W. Shaw Ave.
Suite 102
Fresno, CA 93711
559-221-0200
Fax: 559-221-7997
Email: anthony@capozzilawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**

21 U.S.C. 331(a), 333(a)(2) - Distribution of Adulterated and Misbranded Medical Devices
(1-2)

18 U.S.C. 1349- Conspiracy to Commit Wire Fraud
(1s)

18 U.S.C. 1343- Wire Fraud
(2s-9s)

18 U.S.C. 1001(a)(2) - False Statements
(3)

21 U.S.C. 331(a) and 333(a)(2)- Distribution of Adulterated and Misbranded Medical Devices
(10s-11s)

18 U.S.C. 1001(a)(2)- False Statements
(12s)

**Disposition**

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:331(a) and (c)- Misbranded medical devices, 18:1001(a)(1)-(3)- False Statements | |

---

Assigned to: No District Court Judge
Referred to: Magistrate Judge Barbara A. McAuliffe

**Defendant (2)**

**Zhaoyan Wang**

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 1349- Conspiracy to Commit Wire Fraud<br>(1s) | |
| 18 U.S.C. 1343- Wire Fraud<br>(2s-9s) | |
| 21 U.S.C. 331(a) and 333(a)(2)- Distribution of Adulterated and Misbranded Medical Devices<br>(10s-11s) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Arelis M. Clemente , GOVT**<br>DOJ-USAO |

Criminal Division
2500 Tulare Street
Suite 4401
Fresno, CA 93721
559-497-4041
Email: arelis.clemente@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Joseph Barton**
U.S. Attorney's Office
2500 Tulare Street, Suite 4401
Fresno, CA 93721
559-497-4000
Email: joseph.barton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Henry Zazueta Carbajal , III**
Us Dept Of Justice, Us Atty's Office, E.d. Cal.
2500 Tulare Street
Suite 4401
Fresno, CA 93711
559-497-4028
Fax: 559-497-4099
Email: henry.carbajal@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/18/2023 | 1 | CRIMINAL COMPLAINT as to Jia Bei Zhu (1). (Maldonado, C) (Additional attachment(s) added on 10/19/2023: # 1 Penalty Slip) (Kusamura, W). [1:23-mj-00123-SKO] (Entered: 10/18/2023) |
| 10/18/2023 | 3 | GOVERNMENT'S MOTION to Seal Case by USA as to Jia Bei Zhu. (Maldonado, C) [1:23-mj-00123-SKO] (Entered: 10/18/2023) |
| 10/18/2023 | 4 | ORDER to Seal Case, signed by Magistrate Judge Sheila K. Oberto on 10/18/2023 as to Jia Bei Zhu. (Maldonado, C) [1:23-mj-00123-SKO] (Entered: 10/18/2023) |
| 10/19/2023 | 5 | MOTION and ORDER to UNSEAL CASE, signed by Magistrate Judge Sheila K. Oberto on 10/19/2023 as to Jia Bei Zhu. (Maldonado, C) [1:23-mj-00123-SKO] (Entered: 10/19/2023) |
| 10/19/2023 | 6 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Joseph Barton for USA (Barton, Joseph) [1:23-mj-00123-SKO] (Entered: 10/19/2023) |
| 10/20/2023 | 7 | ARREST WARRANT RETURNED Executed on 10/19/2023 as to Jia Bei Zhu. (Maldonado, C) [1:23-mj-00123-SKO] (Entered: 10/20/2023) |
| 10/20/2023 | 8 | MINUTES (Text Only) for proceedings held before Magistrate Judge Sheila K. Oberto: INITIAL APPEARANCE as to Jia Bei Zhu NOT held on 10/20/2023. The Court noted the hearing was being conducted via the Zoom application. Pursuant to Rule 10, the defendant |

| | | |
|---|---|---|
| | | and Counsel consented to the Zoom appearance. The assistant federal defender advised that the defendant is seeking to retain counsel and is requesting to continue the initial appearance to next week, hearing no objection from the government. The Court grants the request and sets the **Initial Appearance re Criminal Complaint for 10/24/2023 at 02:00 PM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.** Defendant is Ordered TEMPORARILY detained. The next hearing will be held in person. The Court has been notified that an interpreter is required in this action for Jia Bei Zhu. It is counsel's responsibility to timely notify the Court Staff Interpreter when a hearing requiring an interpreter is scheduled, continued or cancelled. Failure to do so may result in sanctions. See LR 403 - Court Interpreter Services in Criminal Actions<br><br>Government Counsel: Arelis Clemente present. Defense Counsel: Eric Kersten - (Standing in and not appointed) present. Custody Status: CUSTODY - FCJ (ZOOM). Court Reporter/CD Number: Corina Lopez Amador. Certified Court Interpreter: Simon Wong, Language: Mandarin-Oath on File. (Kusamura, W) [1:23-mj-00123-SKO] (Entered: 10/20/2023) |
| 10/23/2023 | 9 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Arelis M. Clemente, GOVT for USA (Clemente, Arelis) [1:23-mj-00123-SKO] (Entered: 10/23/2023) |
| 10/24/2023 | 10 | MINUTES (Text Only) for proceedings held before Magistrate Judge Erica P. Grosjean: INITIAL APPEARANCE ON COMPLAINT as to Jia Bei Zhu held on 10/24/2023. Defendant advised of charges/rights; reading/advisement waived; DENIAL ENTERED. **TRUE NAME FINDING MADE AS FOLLOWS: DAVID HE.** The government requested detention and, with good cause found to hold the detention and preliminary examination hearings outside of the statutory time-frame, the Court set the hearings as follows: DETENTION HEARING set for 11/8/2023 at 02:00 PM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto (*defendant ordered temporarily detained pending said hearing*). PRELIMINARY EXAMINATION HEARING set for 11/8/2023 at 02:00 PM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The government requested an exclusion of time through the detention and preliminary examination hearings and, with agreement of defense counsel, time was excluded as follows: (Excludable time Start: 10/24/2023 Stop: 11/8/2023) Time is to be excluded under the Speedy Trial Act in that good cause exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial. For the reasons set forth on the record, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Government Counsel: Arelis Clemente and Joseph Barton present. Defense Counsel: Anthony Capozzi present. Custody Status: Custody - FCJ (in person) present. Court Reporter/CD Number: ECRO - Corina Lopez Amador. Certified Court Interpreter: Simon Wong, Language: Chinese/Mandarin-Oath on File. (Rooney, M)[1:23-mj-00123-SKO] (Entered: 10/24/2023) |
| 10/26/2023 | 11 | STIPULATION and PROPOSED ORDER for Continue Detention Hearing and Preliminary Hearing by USA. (Barton, Joseph) [1:23-mj-00123-SKO] (Entered: 10/26/2023) |
| 10/31/2023 | 12 | STIPULATION and ORDER as to David He signed by Magistrate Judge Erica P. Grosjean on 10/31/2023. The Court grants the parties' request to continue the Detention and Preliminary Examination Hearings, currently noticed for 11/8/2023, and CONTINUING them to 11/16/2023. DETENTION AND PRELIMINARY EXAMINATION HEARINGS CONTINUED to 11/16/2023 at 02:00 PM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. The Court also grants a time exclusion for the purpose of defense preparation and continuity of defense counsel - time excluded as follows: Excludable time Start: 11/9/2023 Stop: 11/16/2023. (Rooney, M) [1:23-mj-00123-SKO] (Entered: 10/31/2023) |

| | | |
|---|---|---|
| 11/02/2023 | 13 | ARREST WARRANT RETURNED Executed on 10/19/2023 as to David He. (Marrujo, C) [1:23-mj-00123-SKO] (Entered: 11/02/2023) |
| 11/16/2023 | 14 | INDICTMENT as to Jia Bei Zhu (1) count(s) 1-2, 3. (Attachments: # 1 True Bill). (Lawrence, A) (Entered: 11/16/2023) |
| 11/16/2023 | 15 | MINUTES (Text Only) for proceedings held before Magistrate Judge Stanley A. Boone: DETENTION HEARING / ARRAIGNMENT AND PLEA RE INDICTMENT as to Jia Bei Zhu (1) Count 1-2, 3 held on 11/16/2023. The defendant is advised of the charges and rights, waived further reading, NOT GUILTY PLEA and DENIAL OF FORFEITURE entered. True name is DAVID HE - disputed as to the true name of the Defendant. The court instructed government counsel under Rule 5(f) to comply with its disclosure obligations under Brady v. Maryland. Discovery to be produced within 2 weeks from today's hearing. Reciprocal discovery due within 3 weeks from today's hearing. **Status Conference set for 01/17/2024 at 01:00 PM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.** The defendant is ordered to be present. XT: Start: 11/16/2023 Stop: 01/17/2024, Time is to be excluded under the Speedy Trial Act in that good cause exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial. For the reasons set forth on the record, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Defense Counsel requests to continue the Detention Hearing to allow Defense to go over the report with Defendant is granted, last continuance. **Detention hearing is set for 11/22/2023 at 11:00 AM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.** Government Counsel: Joseph Barton present. Defense Counsel: Anthony Capozzi present. Custody Status: In custody - FCJ - present. Certified Court Interpreter: Simon Wong, Language: Mandarin-Oath on File. Court Reporter/CD Number: ECRO: Corina Amador. (Nguyen, J) (Entered: 11/17/2023) |
| 11/16/2023 | 16 | ORDER (TEXT ONLY) signed by Magistrate Judge Stanley A. Boone on 11/16/2023: According to the Federal Rules of Criminal Procedure Rule 5(f), the government is ordered to comply with its discovery obligations as required by federal law, including those duties imposed by Brady v. Maryland, 373 U.S. 83 (1963), and all applicable decisions interpreting Brady. This order does not relieve any party of any other discovery obligation. The consequences for violating this order or the government's obligations under Brady may include sanctions, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges, among other consequences. (Nguyen, J) (Entered: 11/17/2023) |
| 11/20/2023 | 17 | MINUTE ORDER signed by Magistrate Judge Stanley A. Boone on 11/20/2023 as to Jia Bei Zhu: (Text Only Entry), The Status Conference set for 01/17/2024 has been RESET to **1/10/2024 at 01:00 PM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. (Nguyen, J) (Entered: 11/20/2023) |
| 11/22/2023 | 18 | MINUTES (Text Only) for proceedings held before Magistrate Judge Stanley A. Boone: DETENTION HEARING as to Jia Bei Zhu held on 11/22/2023. The Government argues defendant's true name, as stated on the record. The Government seeks detention. Defense submits. The Court orders the defendant DETAINED. Discovery to be produced and reciprocal discovery ordered. *The Status Conference on 01/10/2024 at 01:00 PM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe remains set.* Defendant is ordered to be present. Government Counsel: Joseph Barton present. Defense Counsel: Anthony Capozzi present. Custody Status: In custody - FCJ - present. Certified Court Interpreter: Simon Wong, Language: Mandarin-Oath on File. Court Reporter/CD Number: Corina Lopez Amador. (Nguyen, J) (Entered: 11/22/2023) |
| 11/22/2023 | 19 | DETENTION ORDER signed by Magistrate Judge Stanley A. Boone on 11/22/2023 as to Jia Bei Zhu. (Nguyen, J) (Entered: 11/22/2023) |

| | | |
|---|---|---|
| 12/01/2023 | 20 | ORDER by Chief Judge Kimberly J. Mueller: Due to the elevation of U.S. District Judge Ana I. de Alba to the Ninth Circuit Court of Appeals, the court finds it necessary to temporarily reassign this case to No District Court Judge (NODJ) until a new district judge is appointed. (Marrujo, C) (Entered: 12/01/2023) |
| 12/19/2023 | 21 | MINUTE ORDER (TEXT ONLY): This case is set for a status conference on January 10, 2024. At least one week before the hearing the parties shall file a joint status report informing the court of the status of the case, including whether any change of plea is anticipated, a proposed next date for a status conference or change of plea, and whether defendant agrees to exclude time to the next date. **In the status report, each defendant's counsel shall state whether defendant is waiving personal appearance pursuant to Rule 43 and whether the waiver is for all appearances or for a single appearance. For waiver, a Rule 43 waiver motion must be submitted with the status report, and if approved by the Court, the defendant's counsel shall appear by video conferencing. If defendant does not waive appearance, counsel and defendant must appear in person for the hearing**. Alternatively, the parties may stipulate to a continuance of the status conference, with an appropriate exclusion of time. The stipulation must be filed no later than noon on Wednesday, January 3, 2024, so that the Court may have sufficient time to coordinate inmate movement in the jail(s). If unforeseen circumstances delay the timely submission of the stipulation, the AUSA is instructed to email the courtroom deputy. Minute order signed by Magistrate Judge Barbara A. McAuliffe on 12/19/2023. (Valdez, E) (Entered: 12/19/2023) |
| 12/21/2023 | 22 | STIPULATION and PROPOSED ORDER for to Continue Status Conference. Attorney Capozzi, Anthony P. added. (Capozzi, Anthony) (Entered: 12/21/2023) |
| 12/21/2023 | 23 | STIPULATION and ORDER to Continue Status Conference as to Jia Bei Zhu (1) signed by Magistrate Judge Barbara A. McAuliffe on 12/21/2023. It is so ordered that the status conference is continued from January 10, 2024, to **January 24, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. § 3161 (h)(7)(A), B(iv). The Court notes that the parties dispute Defendant's true name. Accordingly, the Court sets an evidentiary hearing for **January 24, 2024, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe** to determine Defendant's true name. Alternatively, the parties may submit, in advance of the evidentiary hearing, a stipulation as to Defendant's true name and the Court will vacate the hearing. (Valdez, E) (Entered: 12/21/2023) |
| 12/27/2023 | 24 | PROPOSED ORDER re Rule 43 Waiver of Appearance by Jia Bei Zhu. (Capozzi, Anthony) (Entered: 12/27/2023) |
| 12/27/2023 | 25 | ORDER re 24 Request for Rule 43 Waiver of Appearance as to Jia Bei Zhu, signed by Magistrate Judge Barbara A. McAuliffe on 12/27/2023. *Defendant's appearance may be waived at any and all non-substantive proceedings until further order. However, the request for waiver for the 1/24/2024 evidentiary hearing is DENIED. If the parties submit a stipulation as to the defendant's true name not later than 1/22/2024, Defendant need not appear at the hearing*. (Rivera, O) (Entered: 12/27/2023) |
| 01/08/2024 | 26 | TRANSCRIPT REQUEST for proceedings held on 11/22/2023 before Judge Mag. Judge Stanley A. Boone. Court Reporter ECRO-Fresno. (Capozzi, Anthony) (Entered: 01/08/2024) |
| 01/09/2024 | 27 | MINUTE ORDER (TEXT ONLY): The Status Conference currently set for January 24, 2024, at 1:00 PM has been RESET the same day, **January 24, 2024, at *2:00 PM* in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The Evidentiary Hearing set for January 24, 2024, at 2:00 p.m. before Magistrate Judge Barbara A. |

| | | |
|---|---|---|
| | | McAuliffe remains as set. Minute order signed by Magistrate Judge Barbara A. McAuliffe on 1/9/2024. (Valdez, E) (Entered: 01/09/2024) |
| 01/09/2024 | 28 | AMENDED TRANSCRIPT REQUEST re 26 for proceedings held on 11/22/2023 before Judge Hon. Stanley A. Boone. Court Reporter ECRO-Fresno. (Capozzi, Anthony) (Entered: 01/09/2024) |
| 01/12/2024 | 29 | TRANSCRIPT of Proceedings as to Jia Bei Zhu held on **11/22/2023** before Magistrate Judge Stanley A. Boone. **DETENTION HEARING** filed by ECRO, Phone number 559-499-5928 or 559-499-5290, E-mail Fresno_ECRO@caed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 2/2/2024. Redacted Transcript Deadline set for 2/12/2024. Release of Transcript Restriction set for 4/11/2024. (Lopez Amador, Corina) (Entered: 01/12/2024) |
| 01/18/2024 | 30 | MINUTE ORDER (TEXT ONLY): On January 18, 2024, a telephone conference was held, off the record, by agreement of the parties re the evidentiary hearing on defendant's true name. After discussion with the parties, the Court VACATES the January 24, 2024 evidentiary hearing because defendant's true name is part of the allegations of the indictment which the government must prove at trial. The Court RESETS the Status Conference for **January 24, 2024 at 1:00 PM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties are to meet and confer and select a mutually convenient date for trial. Minute order signed by Magistrate Judge Barbara A. McAuliffe on 1/18/2024. (Valdez, E) (Entered: 01/18/2024) |
| 01/19/2024 | 31 | STIPULATION and PROPOSED ORDER for Continue Status Conference by USA. (Barton, Joseph) (Entered: 01/19/2024) |
| 01/19/2024 | 32 | STIPULATION and ORDER to Continue Status Conference as to Jia Bei Zhu (1) signed by Magistrate Judge Barbara A. McAuliffe on 1/19/2024. Upon the parties' stipulation and for good cause shown, the status conference scheduled for January 24, 2024, is continued until **March 13, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through March 13, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). (Valdez, E) (Entered: 01/19/2024) |
| 02/09/2024 | 33 | TRANSCRIPT REQUEST for proceedings held on 11/22/2023 before Judge Stanley A. Boone. Court Reporter ECRO-Fresno. (Rosales, O.) (Entered: 02/09/2024) |
| 02/15/2024 | 34 | TRANSCRIPT REQUEST for proceedings held on 11/22/2023 before Judge Boone. Court Reporter ECRO-Fresno. (Barton, Joseph) (Entered: 02/15/2024) |
| 02/15/2024 | 35 | AMENDED TRANSCRIPT REQUEST re 34 for proceedings held on 11/22/2023 before Judge Boone. Court Reporter ECRO-Fresno. (Barton, Joseph) (Entered: 02/15/2024) |
| 02/27/2024 | 36 | MINUTE ORDER (TEXT ONLY): This case is set for a status conference on March 13, 2024. At least one week before the hearing the parties shall file a joint status report informing the court of the status of the case, including whether any change of plea is anticipated, a proposed next date for a status conference or change of plea, and whether defendant agrees to exclude time to the next date. **In the status report, each defendant's counsel shall state whether defendant is waiving personal appearance pursuant to Rule 43 and whether the waiver is for all appearances or for a single appearance. For waiver, a Rule 43 waiver motion must be submitted with the status report, and if approved by the Court, the defendant's counsel shall appear by video conferencing. If defendant does not waive appearance, counsel and defendant must appear in person for the hearing**. Alternatively, the parties may stipulate to a continuance of the status conference, with an appropriate exclusion of time. The stipulation must be filed no later |

| | | |
|---|---|---|
| | | than noon on Wednesday, March 6, 2024, so that the Court may have sufficient time to coordinate inmate movement in the jail(s). If unforeseen circumstances delay the timely submission of the stipulation, the AUSA is instructed to email the courtroom deputy. Minute order signed by Magistrate Judge Barbara A. McAuliffe on 2/27/2024. (Valdez, E) (Entered: 02/27/2024) |
| 03/06/2024 | 37 | STIPULATION and PROPOSED ORDER for Continue Status Conference by USA. (Barton, Joseph) (Entered: 03/06/2024) |
| 03/07/2024 | 38 | STIPULATION and ORDER to Continue Status Conference as to Jia Bei Zhu (1) signed by Magistrate Judge Barbara A. McAuliffe on 03/07/2024. Upon the parties' stipulation and for good cause shown, the status conference scheduled for March 13, 2024, is continued until **April 10, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through April 10, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). (Lopez Amador, Corina) (Entered: 03/07/2024) |
| 03/21/2024 | 39 | MINUTE ORDER (TEXT ONLY): This case is set for a status conference on April 10, 2024. At least one week before the hearing the parties shall file a joint status report informing the court of the status of the case, including whether any change of plea is anticipated, a proposed next date for a status conference or change of plea, and whether defendant agrees to exclude time to the next date. **In the status report, each defendant's counsel shall state whether defendant is waiving personal appearance pursuant to Rule 43 and whether the waiver is for all appearances or for a single appearance. For waiver, a Rule 43 waiver motion must be submitted with the status report, and if approved by the Court, the defendant's counsel shall appear by video conferencing. If defendant does not waive appearance, counsel and defendant must appear in person for the hearing**. Alternatively, the parties may stipulate to a continuance of the status conference, with an appropriate exclusion of time. The stipulation must be filed no later than noon on Wednesday, April 3, 2024, so that the Court may have sufficient time to coordinate inmate movement in the jail(s). If unforeseen circumstances delay the timely submission of the stipulation, the AUSA is instructed to email the courtroom deputy. Minute order signed by Magistrate Judge Barbara A. McAuliffe on 3/21/2024. (Valdez, E) (Entered: 03/21/2024) |
| 04/03/2024 | 40 | STIPULATION and PROPOSED ORDER for Continue Status Conference by USA. (Barton, Joseph) (Entered: 04/03/2024) |
| 04/08/2024 | 41 | STIPULATION and ORDER to Continue Status Conference as to Jia Bei Zhu (1) signed by Magistrate Judge Barbara A. McAuliffe on 4/8/2024. Upon the parties' stipulation and for good cause shown, the status conference scheduled for April 10, 2024, is continued until **April 24, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through April 24, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). (Valdez, E) (Entered: 04/08/2024) |
| 04/09/2024 | 42 | MINUTE ORDER (TEXT ONLY): This case is set for a status conference on April 24, 2024. At least one week before the hearing the parties shall file a joint status report informing the court of the status of the case, including whether any change of plea is anticipated, a proposed next date for a status conference or change of plea, and whether defendant agrees to exclude time to the next date. **In the status report, each defendant's counsel shall state whether defendant is waiving personal appearance pursuant to Rule 43 and whether the waiver is for all appearances or for a single appearance. For waiver, a Rule 43 waiver motion must be submitted with the status report, and if approved by the Court, the defendant's counsel shall appear by video conferencing. If defendant does not waive appearance, counsel and defendant must appear in person for the hearing**. Alternatively, the parties may stipulate to a continuance of the status |

| | | |
|---|---|---|
| | | conference, with an appropriate exclusion of time. The stipulation must be filed no later than noon on Wednesday, April 17, 2024, so that the Court may have sufficient time to coordinate inmate movement in the jail(s). If unforeseen circumstances delay the timely submission of the stipulation, the AUSA is instructed to email the courtroom deputy. Minute order signed by Magistrate Judge Barbara A. McAuliffe on 4/9/2024. (Valdez, E) (Entered: 04/09/2024) |
| 04/17/2024 | 43 | STIPULATION and PROPOSED ORDER for Continue Status Conference by USA. (Barton, Joseph) (Entered: 04/17/2024) |
| 04/17/2024 | 44 | STIPULATION and ORDER to Continue Status Conference as to Jia Bei Zhu (1) signed by Magistrate Judge Barbara A. McAuliffe on 4/17/2024. Upon the parties' stipulation and for good cause shown, the status conference scheduled for April 24, 2024, is continued until **May 22, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through May 22, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). (Valdez, E) (Entered: 04/17/2024) |
| 04/18/2024 | 45 | MOTION for BAIL REVIEW *David He* by Jia Bei Zhu. Motion Hearing set for 4/24/2024 at 02:00 PM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. (Attachments: # 1 Exhibit Transcript, # 2 Exhibit Asylum, # 3 Exhibit Name Change, # 4 Exhibit Declaration, # 5 Exhibit Bank Statements, # 6 Exhibit Lease)(Capozzi, Anthony) (Entered: 04/18/2024) |
| 04/19/2024 | 46 | MINUTE ORDER signed by Magistrate Judge Erica P. Grosjean on April 19, 2024 as to Jia Bei Zhu: The Court has received Defendant's Motion for Bail Review, document 45 , noticed for hearing on April 24, 2024, at 2:00 pm before Judge Grosjean. The Court refers the parties to Eastern District Local Rule 429 (Bail Review Procedures) regarding the filing of same, page limits, and the opposition deadline (set for April 23, 2024, at 5:00 pm pursuant to a request of the government). (Text Only Entry) (Rooney, M) (Entered: 04/19/2024) |
| 04/23/2024 | 47 | BRIEF by USA as to Jia Bei Zhu. Attorney Carbajal, Henry Zazueta added. (Carbajal, Henry) (Entered: 04/23/2024) |
| 04/24/2024 | 48 | MINUTES (Text Only) for proceedings held before Magistrate Judge Erica P. Grosjean: MOTION HEARING as to Jia Bei Zhu held on 4/24/2024. The Court heard argument on defendant's Motion for Bail Review, document 45 , with the Court ordering the motion denied. Government Counsel: Henry Carbajal and Arelis Clemente present. Defense Counsel: Anthony Capozzi present. Custody Status: Custody - FCJ - In person. Court Reporter/CD Number: ECRO - Otilia Rosales. Certified Court Interpreter: Simon Wong, Language: Mandarian-Oath on File. (Rooney, M) (Entered: 04/24/2024) |
| 05/01/2024 | 49 | TRANSCRIPT REQUEST for proceedings held on 4/24/2024 before Judge Erica P. Grosjean. Court Reporter ECRO-Fresno. (Rosales, O.). (Entered: 05/01/2024) |
| 05/06/2024 | 50 | TRANSCRIPT of Proceedings as to Jia Bei Zhu held on **4/24/2024**, before Magistrate Judge Erica P. Grosjean. **MOTION FOR BAIL REVIEW** filed by ECRO, Phone number 559-499-5928 or 559-499-5290, E-mail Fresno_ECRO@caed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 5/28/2024. Redacted Transcript Deadline set for 6/6/2024. Release of Transcript Restriction set for 8/5/2024. (Rosales, O.) (Entered: 05/06/2024) |
| 05/06/2024 | 51 | TRANSCRIPT REQUEST for proceedings held on 4/24/24 before Judge EPG. Court Reporter ECRO-Fresno. (Carbajal, Henry) (Entered: 05/06/2024) |

| | | |
|---|---|---|
| 05/08/2024 | 52 | MINUTE ORDER (TEXT ONLY): This case is set for a status conference on May 22, 2024. At least one week before the hearing the parties shall file a joint status report informing the court of the status of the case, including whether any change of plea is anticipated, a proposed next date for a status conference or change of plea, and whether defendant agrees to exclude time to the next date. **In the status report, each defendant's counsel shall state whether defendant is waiving personal appearance pursuant to Rule 43 and whether the waiver is for all appearances or for a single appearance. For waiver, a Rule 43 waiver motion must be submitted with the status report, and if approved by the Court, the defendant's counsel shall appear by video conferencing. If defendant does not waive appearance, counsel and defendant must appear in person for the hearing**. Alternatively, the parties may stipulate to a continuance of the status conference, with an appropriate exclusion of time. The stipulation must be filed no later than noon on Wednesday, May 15, 2024, so that the Court may have sufficient time to coordinate inmate movement in the jail(s). If unforeseen circumstances delay the timely submission of the stipulation, the AUSA is instructed to email the courtroom deputy. Minute order signed by Magistrate Judge Barbara A. McAuliffe on 5/8/2024. (Valdez, E) (Entered: 05/08/2024) |
| 05/14/2024 | 53 | TRANSCRIPT REQUEST for proceedings held on April 24, 2024 before Judge Hon. Erica P. Grosjean. Court Reporter ECRO-Fresno. (Capozzi, Anthony) (Entered: 05/14/2024) |
| 05/14/2024 | 54 | STIPULATION and PROPOSED ORDER for Continue Status Conference by USA. (Barton, Joseph) (Entered: 05/14/2024) |
| 05/14/2024 | 55 | STIPULATION and ORDER to Continue Status Conference as to Jia Bei Zhu (1) signed by Magistrate Judge Barbara A. McAuliffe on 5/14/2024. Upon the parties' stipulation and for good cause shown, the status conference scheduled for May 22, 2024, is continued until **June 12, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through June 12, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). (Valdez, E) (Entered: 05/14/2024) |
| 05/14/2024 | 56 | AMENDED TRANSCRIPT REQUEST re 53 for proceedings held on 4/24/2024 before Judge Hon. Erica P. Grosjean. Court Reporter ECRO-Fresno. (Capozzi, Anthony) (Entered: 05/14/2024) |
| 05/22/2024 | 57 | MINUTE ORDER (TEXT ONLY): This case is set for a status conference on June 12, 2024. At least one week before the hearing the parties shall file a joint status report informing the court of the status of the case, including whether any change of plea is anticipated, a proposed next date for a status conference or change of plea, and whether defendant agrees to exclude time to the next date. **In the status report, each defendant's counsel shall state whether defendant is waiving personal appearance pursuant to Rule 43 and whether the waiver is for all appearances or for a single appearance. For waiver, a Rule 43 waiver motion must be submitted with the status report, and if approved by the Court, the defendant's counsel shall appear by video conferencing. If defendant does not waive appearance, counsel and defendant must appear in person for the hearing**. Alternatively, the parties may stipulate to a continuance of the status conference, with an appropriate exclusion of time. The stipulation must be filed no later than noon on Wednesday, June 5, 2024, so that the Court may have sufficient time to coordinate inmate movement in the jail(s). If unforeseen circumstances delay the timely submission of the stipulation, the AUSA is instructed to email the courtroom deputy. Minute order signed by Magistrate Judge Barbara A. McAuliffe on 5/22/2024. (Valdez, E) (Entered: 05/22/2024) |
| 06/05/2024 | 58 | STIPULATION and PROPOSED ORDER for Continue Status Conference by USA. (Clemente, Arelis) (Entered: 06/05/2024) |

| | | |
|---|---|---|
| 06/05/2024 | 59 | STIPULATION and ORDER to Continue Status Conference as to Jia Bei Zhu (1), signed by Magistrate Judge Barbara A. McAuliffe on 6/5/2024. Status Conference is continued from 6/12/2024, to **7/10/2024 at 01:00 PM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). (Lopez Amador, Corina) Modified on 6/6/2024 (Lopez Amador, Corina). (Entered: 06/05/2024) |
| 06/24/2024 | 60 | MINUTE ORDER (TEXT ONLY): This case is set for a status conference on July 10, 2024. At least one week before the hearing the parties shall file a joint status report informing the court of the status of the case, including whether any change of plea is anticipated, a proposed next date for a status conference or change of plea, and whether defendant agrees to exclude time to the next date. **In the status report, each defendant's counsel shall state whether defendant is waiving personal appearance pursuant to Rule 43 and whether the waiver is for all appearances or for a single appearance. For waiver, a Rule 43 waiver motion must be submitted with the status report, and if approved by the Court, the defendant's counsel shall appear by video conferencing. If defendant does not waive appearance, counsel and defendant must appear in person for the hearing**. Alternatively, the parties may stipulate to a continuance of the status conference, with an appropriate exclusion of time. The stipulation must be filed no later than noon on Wednesday, July 3, 2024, so that the Court may have sufficient time to coordinate inmate movement in the jail(s). If unforeseen circumstances delay the timely submission of the stipulation, the AUSA is instructed to email the courtroom deputy. Minute order signed by Magistrate Judge Barbara A. McAuliffe on 6/24/2024. (Valdez, E) (Entered: 06/24/2024) |
| 06/27/2024 | 61 | STIPULATION and PROPOSED ORDER for Continue Status Conference by USA. (Barton, Joseph) (Entered: 06/27/2024) |
| 06/27/2024 | 62 | STIPULATION and ORDER to Continue Status Conference as to Jia Bei Zhu (1) signed by Magistrate Judge Barbara A. McAuliffe on 6/27/2024. Upon the parties' stipulation and for good cause shown, the status conference scheduled for July 10, 2024, is continued until **August 14, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through August 14, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). (Valdez, E) (Entered: 06/27/2024) |
| 07/08/2024 | 63 | MOTION for BAIL REVIEW *Appeal of Detention Order* by Jia Bei Zhu. Motion Hearing set for 7/17/2024 at 08:30 AM in Courtroom 4 (DAD) before District Judge Dale A. Drozd. (Attachments: # 1 Exhibit Docket Sheet, # 2 Exhibit Indictment, # 3 Exhibit Passport, # 4 Exhibit Asylum document, # 5 Exhibit Name change documents, # 6 Exhibit Nevada card, # 7 Exhibit Transcript, # 8 Exhibit Declaration, # 9 Exhibit Transcript, # 10 Exhibit Lawsuit) (Capozzi, Anthony) (Entered: 07/08/2024) |
| 07/08/2024 | 64 | PROPOSED ORDER re List Defendant's true name by Jia Bei Zhu. (Capozzi, Anthony) (Entered: 07/08/2024) |
| 07/09/2024 | 65 | MINUTE ORDER (Text Only Entry) 63 MOTION for BAIL REVIEW Appeal of Detention Order as to Jia Bei Zhu set for **7/17/2024 at 08:30 AM in Courtroom 5 before the Honorable Dale A. Drozd** signed by Chief District Judge Kimberly J. Mueller on 7/9/2024. USA opposition due on 7/15/2024 by 5:00 PM. Defense reply due by 7/16/2024 by 5:00 PM. (Yang, Pa Gnia) (Entered: 07/09/2024) |
| 07/09/2024 | 66 | ORDER on 64 Motion to List Defendant's True Name at Detention Facility, signed by District Judge Dale A. Drozd on 07/09/2024 as to Jia Bei Zhu. (Maldonado, C) (Entered: 07/09/2024) |
| 07/15/2024 | 67 | OPPOSITION by USA as to Jia Bei Zhu. (Barton, Joseph) (Entered: 07/15/2024) |

| | | |
|---|---|---|
| 07/15/2024 | 68 | OPPOSITION by USA to 63 Motion for Bail Review,. (Barton, Joseph) (Entered: 07/15/2024) |
| 07/16/2024 | 69 | REPLY/RESPONSE to Government opposition by Jia Bei Zhu. *Reply to Government's Opposition to Appeal* (Attachments: # 1 Exhibit Name change document, # 2 Exhibit Declaration) (Capozzi, Anthony) (Entered: 07/16/2024) |
| 07/17/2024 | 70 | MINUTES (Text Only) for proceedings held before District Judge Dale A. Drozd: MOTION FOR BAIL REVIEW APPEAL OF DETENTION ORDER HEARING as to Jia Bei Zhu (1) held on 7/17/2024. Government and Defense- Argued and Submitted. Denied Without Prejudice. Government Counsel: Joseph Barton present. Defense Counsel: Anthony Capozzi present. Custody Status: CUSTODY present.Pretrial Services Officer: Ryan Beckwith present. Court Reporter/CD Number: ECRO: Otilia Rosales. Certified Court Interpreter: Simon Wong, Language: Mandarin-Oath on File. (Lopez Amador, Corina) (Entered: 07/18/2024) |
| 07/24/2024 | 71 | CANCELLED TRANSCRIPT REQUEST for proceedings held on 7/17/2024 before Judge Hon. Dale A. Drozd. Court Reporter ECRO-Fresno. (Capozzi, Anthony) (Entered: 07/24/2024) |
| 07/30/2024 | 72 | MINUTE ORDER (TEXT ONLY): This case is set for a status conference on August 14, 2024. At least <u>one week</u> before the hearing the parties shall file a <u>joint</u> status report informing the court of the status of the case, including whether any change of plea is anticipated, a proposed next date for a status conference or change of plea, and whether defendant agrees to exclude time to the next date. **In the status report, each defendant's counsel shall state whether defendant is waiving personal appearance pursuant to Rule 43 <u>and</u> whether the waiver is for all appearances or for a single appearance. For waiver, a Rule 43 waiver motion must be submitted with the status report, and if approved by the Court, the defendant's counsel shall appear by video conferencing. If defendant does not waive appearance, counsel <u>and</u> defendant must appear <u>in person</u> for the hearing**. Alternatively, the parties may stipulate to a continuance of the status conference, with an appropriate exclusion of time. The stipulation <u>must be filed no later than noon</u> on Wednesday, August 7, 2024, so that the Court may have sufficient time to coordinate inmate movement in the jail(s). <u>If unforeseen circumstances delay the timely submission of the stipulation, the AUSA is instructed to email the courtroom deputy</u>. Minute order signed by Magistrate Judge Barbara A. McAuliffe on 7/30/2024. (Valdez, E) (Entered: 07/30/2024) |
| 07/31/2024 | 73 | STIPULATION and PROPOSED ORDER for Continue Status Conference by USA. (Barton, Joseph) (Entered: 07/31/2024) |
| 07/31/2024 | 74 | STIPULATION and ORDER to Continue Status Conference as to Jia Bei Zhu (1) signed by Magistrate Judge Barbara A. McAuliffe on 7/31/2024. Upon the parties' stipulation and for good cause shown, the status conference scheduled for August 14, 2024, is continued until **September 11, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through September 11, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). (Valdez, E) (Entered: 07/31/2024) |
| 08/09/2024 | 75 | TRANSCRIPT REQUEST for proceedings held on 7/17/2024 before Judge Hon. Erica P. Grosjean. Court Reporter ECRO-Fresno. (Capozzi, Anthony) (Entered: 08/09/2024) |
| 08/10/2024 | 76 | TRANSCRIPT of Proceedings as to Jia Bei Zhu held on **7/17/2024**. **MOTION FOR BAIL REVIEW APPEAL OF DETENTION ORDER** before District Judge Dale A. Drozd filed by ECRO, Phone number 559-499-5928 or 559-499-5290, E-mail Fresno_ECRO@caed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of |

| | | |
|---|---|---|
| | | Intent to Request Redaction must be filed within 5 court days. Redaction Request due 9/3/2024. Redacted Transcript Deadline set for 9/12/2024. Release of Transcript Restriction set for 11/8/2024. (Lopez Amador, Corina) (Entered: 08/10/2024) |
| 08/15/2024 | 77 | FIRST SUPERSEDING INDICTMENT as to Jia Bei Zhu (1) count(s) 1s, 2s-9s, 10s-11s, 12s, Zhaoyan Wang (2) count(s) 1s, 2s-9s, 10s-11s. (Attachments: # 1 True Bill) (Maldonado, C) (Entered: 08/15/2024) |
| 08/16/2024 | 79 | MINUTE ORDER (TEXT ONLY): Pursuant to the request of counsel the Court SETS an **Arraignment & Plea re First Superseding Indictment on 8/28/2024 at 2:00 PM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. Minute order signed by Magistrate Judge Barbara A. McAuliffe on 8/16/2024. (Valdez, E) (Entered: 08/16/2024) |
| 08/27/2024 | 80 | MINUTE ORDER (TEXT ONLY): As to Jia Bei Zhu (1), this case is set for a status conference on September 11, 2024. At least one week before the hearing the parties shall file a joint status report informing the court of the status of the case, including whether any change of plea is anticipated, a proposed next date for a status conference or change of plea, and whether defendant agrees to exclude time to the next date. **In the status report, each defendant's counsel shall state whether defendant is waiving personal appearance pursuant to Rule 43 and whether the waiver is for all appearances or for a single appearance. For waiver, a Rule 43 waiver motion must be submitted with the status report, and if approved by the Court, the defendant's counsel shall appear by video conferencing. If defendant does not waive appearance, counsel and defendant must appear in person for the hearing**. Alternatively, the parties may stipulate to a continuance of the status conference, with an appropriate exclusion of time. The stipulation must be filed no later than noon on Wednesday, September 4, 2024, so that the Court may have sufficient time to coordinate inmate movement in the jail(s). If unforeseen circumstances delay the timely submission of the stipulation, the AUSA is instructed to email the courtroom deputy. Minute order signed by Magistrate Judge Barbara A. McAuliffe on 8/27/2024. (Valdez, E) (Entered: 08/27/2024) |
| 08/28/2024 | 81 | MINUTES (Text Only) for proceedings held before Magistrate Judge Barbara A. McAuliffe: ARRAIGNMENT & PLEA re First Superseding Indictment as to Jia Bei Zhu (1) Count 1s,2s-9s,10s-11s,12s held on 8/28/2024. Defendant advised of charges, rights and maximum penalties. Defendant received the First Superseding Indictment; waived reading, and advisement of rights - NOT GUILTY PLEA & DENIALS ENTERED. Discovery requested & by statutory time; reciprocal - SO ORDERED. The court instructed government counsel under Rule 5(f) to comply with its disclosure obligations under *Brady v. Maryland.* Parties requested the status conference be continued. Parties waived excludable time - So Ordered, 18 USC 3161. **Status Conference set for 10/23/2024 at 01:00 PM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. *The Status Conference set for 9/11/2024 at 01:00 PM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe was vacated.* Excludable started as to Jia Bei Zhu: XT Start: 8/28/2024 Stop: 10/23/2024. Time is to be excluded under the Speedy Trial Act in that good cause exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial. For the reasons set forth on the record, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Government Counsel: Joseph Barton - present. Defense Counsel: Anthony Capozzi - present. Custody Status: in Custody (FCJ) - present. Court Reporter/CD Number: ECRO - Otilia Rosales. Certified Court Interpreter: Simon Wong, Language: **MANDARIN** - Oath on File. (Valdez, E) Modified on 8/29/2024 (Valdez, E). (Entered: 08/28/2024) |
| 08/28/2024 | 82 | MINUTE ORDER (TEXT ONLY): According to the Federal Rules of Criminal Procedure Rule 5(f), the government is ordered to comply with its discovery obligations as required |

| | | |
|---|---|---|
| | | by federal law, including those duties imposed by Brady v. Maryland, 373 U.S. 83 (1963), and all applicable decisions interpreting Brady. This order does not relieve any party of any other discovery obligation. The consequences for violating this order or the government's obligations under Brady may include sanctions, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges, among other consequences. Minute order signed by Magistrate Judge Barbara A. McAuliffe on 8/28/2024. (Valdez, E) (Entered: 08/28/2024) |
| 10/08/2024 | 83 | MINUTE ORDER (TEXT ONLY): As to Jia Bei Zhu (1), this case is set for a status conference on October 23, 2024. At least one week before the hearing the parties shall file a joint status report informing the court of the status of the case, including whether any change of plea is anticipated, a proposed next date for a status conference or change of plea, and whether defendant agrees to exclude time to the next date. **In the status report, each defendant's counsel shall state whether defendant is waiving personal appearance pursuant to Rule 43 and whether the waiver is for all appearances or for a single appearance. For waiver, a Rule 43 waiver motion must be submitted with the status report, and if approved by the Court, the defendant's counsel shall appear by video conferencing. If defendant does not waive appearance, counsel and defendant must appear in person for the hearing**. Alternatively, the parties may stipulate to a continuance of the status conference, with an appropriate exclusion of time. The stipulation must be filed no later than noon on Wednesday, October 16, 2024, so that the Court may have sufficient time to coordinate inmate movement in the jail(s). If unforeseen circumstances delay the timely submission of the stipulation, the AUSA is instructed to email the courtroom deputy. Minute order signed by Magistrate Judge Barbara A. McAuliffe on 10/8/2024. (Valdez, E) (Entered: 10/08/2024) |
| 10/16/2024 | 84 | STIPULATION and PROPOSED ORDER for Continue Status Conference by USA. (Barton, Joseph) (Entered: 10/16/2024) |
| 10/16/2024 | 85 | STATUS REPORT by USA as to Zhaoyan Wang. (Barton, Joseph) (Entered: 10/16/2024) |
| 10/16/2024 | 86 | STIPULATION and ORDER to Continue Status Conference as to Jia Bei Zhu (1) signed by Magistrate Judge Barbara A. McAuliffe on 10/16/2024. Upon the stipulation filed by the government and the defendant, Jia Bei Zhu aka Jesse Zhu, Qiang He, and David He, and for good cause shown, the status conference scheduled for October 23, 2024, is continued until **December 11, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through December 11, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). (Valdez, E) (Entered: 10/16/2024) |