# EXHIBIT
# C

The Ministry of Foreign Affairs of the People's Republic of China requests all civil and military authorities of foreign countries to allow the bearer of this passport to pass freely and afford assistance in case of need.

中华人民共和国

PASSPORT

P CHN EJ5782851



贺强

HE, QIANG

男/M 中国/CHINESE 18 JUN 1964

河北/HEBEI 05 5月/MAY 2022

洛杉矶
LOS ANGELES 04 5月/MAY 2032

中国驻洛杉矶总领事馆
CONSULATE GENERAL OF P.R.CHINA
IN LOS ANGELES

贺强

POCHNHE<<QIANG<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

EJ57828517CHN6406187M3205046LKNIMHLP<<<<A980