# EXHIBIT

# F



NEVADA

DRIVER AUTHORIZATION CARD

NO VAL FOR

4d DL No. 1707467624
3 DOB 06/18/1964
1 HE
2 DAVID
8 979 SUGAR SPRINGS DR
LAS VEGAS, NV 89110-2936

9 CLASS C
12 REST B
9a END NONE

4a ISS
09/12/2023
4b EXP
06/18/2027

15 SEX M
16 HGT 5'-06"
17 WGT 120 lbs
18 EYES BRO
19 HAIR BLK
06/18/64

5 DD 00017750457076443623

David He