# EXHIBIT

# I

ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DAVID HE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HE,<br><br>Defendant. | CASE NO.: 1:23-CR-00219-ADA-BAM<br><br>**DECLARATION OF ZHAOYAN WANG** |

I, Zhaoyan Wang, declare:

1. I decided to take my baby back to China on September 3, 2023. On that day, I went online and booked a flight ticket departing on September 20, 2023, through the China Southern Airlines website. I first departed from Los Angeles to Guangzhou, and then departed from Guangzhou on September 22, 2023, to go to Qingdao (**EXHIBIT 1**, the air ticket to China) I planned to book a round-trip air ticket when I returned to the United States, because at the time I could not determine the specific time to visit my relatives in China.

2. David He and I made a special agreement: our relationship and information about our newborn baby will never be disclosed to outsiders. This is a traditional Chinese concept, and we take it very seriously.

3. Since 2015, the companies that I am related to that have invested in the United States are still operating as follows:

a) UMI (Universal Meditech Inc.) was established in 2015 and is engaged in research, development, manufacturing, and sales of medical in vitro diagnostic reagents.

Wang Xiaoxiao is the current CEO of UMI with two shareholders. 70% is Guangdi Packaging Co. Ltd., registered in Qingdao, China, and 30% is MedSauce, registered in Nevada. I am the company manager (Managing Director). The main investment comes from China. The technology comes from China and Canada.

b) PBI (Prestige Biotech Inc.) was established in 2021 and is engaged in investment and management of medical diagnostic companies and testing institutions. It is registered in Nevada.

Yao Xiuqin is the current CEO and the company's sole shareholder and invester.

c) David Destiny Discovery LLC. (3D) was established in 2022. It is mainly engaged in the sale, operation, and management of Las Vegas real estate. It is registered in Nevada. I am the company manager that mainly invests in family funds from China.

4. 3D is willing to post two properties as collateral: 979 Sugar Springs Drive, Las Vegas, Nevada and 1336 N. Blackwood in Clovis, California.

I declare under penalty of perjury the laws of the State of California that foregoing is true and correct. Executed ____ day of April of 2024, at Qingdao, China.

Dated: 06/18/2024.

By: ____________
ZHAOYAN WANG, Declarant

Case No, 1:23-CR-00219-ADA-BAM

我，王朝艷，声明：

1）我决定于 2023 年 9 月 3 日带宝宝回国。当天，我通过南航网站上网订了 2023 年 9 月 20 日的机票，先从洛杉矶出发到广州，再于 2023 年 9 月 22 日从广州出发到青岛（附件 1，回国机票）我计划回国后再订往返机票，因为当时还不能确定回国探亲的具体时间。

2）我和何大卫特意约定：我们的关系和新生宝宝的信息绝不会向外人透露。这是中国的传统观念，我们对此非常重视。

3）自 2015 年以来，我所关联的在美国投资的公司仍在运营，具体如下：

a）UMI（Universal Meditech Inc,）成立于 2015 年，从事医学体外诊断试剂的研发、制造和销售。

王晓晓是 UMI 现任 CEO，有两个股东，70%是广迪包装有限公司，注册于中国青岛，30%是 MedSauce，注册于内华达州，我是公司（董事总经理），主要投资来自中国，技术来自中国和加拿大。

b) PBI（Prestige Biotech Inc，）成立于 2021 年，从事医疗诊断公司和检测机构的投资和管理。它在内华达州注册。

姚秀琴是现任首席执行官，也是公司的唯一股东和投资者。

c) David Destiny Discovery Ltd.，（3D）成立于 2022 年。它主要从事拉斯维加斯房地产的销售、运营和管理。它在内华达州注册。我是该公司经理，主要投资来自中国的家族基金。

4）3D 愿意提供两处房产作为抵押；内华达州拉斯维加斯 Sugar Spring Drive 979 号和加利福尼亚州克洛维斯的 N. Blackwood 1336 号。

我根据加利福尼亚州的法律声明，上述内容真实准确。于 2024 年 4 月 18 日在中国青岛签署。

日期：04/18/2024 由 [signature]

王朝艷，声明人

# EXHIBIT

# 1

Chinese Translation:

This is the airline booking record for CEO Wang, Zhouyan and the baby infant Zhu, Yu Xiang.

The airline booking was made on September 3, 2023, for travel planned, to departure from Los Angeles on September 20th to Guangzhou China by flight CZ328 economy, then departure from Guangzhou to Qingdao on September 22, 2023, by flight CZ-3199, economy.

Translated by: Simon Wong April 17, 2024

南方航空
95539

间与预定航班起飞时间一致，详询平安保险客服热线：95511。

2023年9月3日 08:07

【南航】尊敬的旅客，您的机票已购买成功。乘机人：WANG/ZHUYUXIANG；联程航班 2023-09-20 CZ328航班 经济舱，洛杉矶机场B 航站楼23:50—广州白云国际机场T2航站楼05:40，有配餐，航班于起飞前60分钟截止办理乘机手续；2023-09-22 CZ3199航班 经济舱，广州白云国际机场T2航站楼07:40—青岛胶东国际机场10:40，有配餐，航班于起飞前40分钟截止办理乘机手续；为避免耽误您的行程，请您预留足够时间在实际承运柜台完成办理乘机手续。票号：7842210073483。缔约承运人为南航，共支付票款330元，税费224元。温馨提示：为了保障您的旅行顺畅，请仔细阅读出行提示信息：https://m.csair.com/b/?LpNLnkKnxH 并认准南航官方客服电话95539或登陆南航门户网站www.csair.com，谨防欺诈。

目的地天气　航班动态　乘机提醒

南方航空