# EXHIBIT

# N

ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DAVID HE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.<br>Plaintiff,<br>v.<br>DAVID HE,<br>Defendant. | CASE NO.: 1:23-CR-00219-NODJ-BAM<br><br>**DECLARATION OF**<br>**ANTHONY P. CAPOZZI** |

I, Anthony P. Capozzi, declare:

1. This attorney has represents the defendant, David He, since the inception of this case.
2. On October 20, 2023, and on October 24, 2024, this attorney took the pictures for David He while incarcerated at the Fresno County Jail.

I declare under penalty of perjury the laws of the State of Nevada that foregoing is true and correct. Executed 13th day of November of 2024, at Fresno, California

Dated: 11/14/24,

By: Anthony P Capozzi
Anthony P. Capozzi, Declarant



