# EXHIBIT
# O

CIVIL

# U.S. District Court
# Eastern District of California - Live System (Fresno)
# CIVIL DOCKET FOR CASE #: 1:24-cv-00528-JLT-EPG

Universal Meditech, Inc. et al v. City of Reedley et al
Assigned to: District Judge Jennifer L. Thurston
Referred to: Magistrate Judge Erica P. Grosjean
Demand: $0
Cause: 42:1983 Civil Rights Act

Date Filed: 05/06/2024
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Universal Meditech, Inc.**
*a California corporation*

represented by **Anthony P. Capozzi**
Law Offices of Anthony P. Capozzi
1233 W. Shaw Ave.
Suite 102
Fresno, CA 93711
559-221-0200
Fax: 559-221-7997
Email: anthony@capozzilawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin G. Little**
Law Office of Kevin G. Little
Post Office Box 8656
Fresno, CA 93747
559-342-5800
Fax: 559-242-2400
Email: kevin@kevinglittle.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David He**
*an individual*

represented by **Anthony P. Capozzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin G. Little**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Reedley**

represented by **Nicole M. Cahill**
Longyear, Lavra & Cahill, LLP
555 University Avenue
Ste 280
Sacramento, CA 95825

916-974-8500
Fax: 916-974-8510
Email: cahill@longyearlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denny Yu**
Longyear, Lavra & Cahill, LLP
555 University Ave
Suite 280
Sacramento, CA 95825
916-753-0566
Email: yu@longyearlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeremy Harrison** represented by **Nicole M. Cahill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denny Yu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jesalyn Harper** represented by **Nicole M. Cahill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denny Yu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffrey Isaak** represented by **Nicole M. Cahill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denny Yu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**County of Fresno** represented by **Cavan Micheal Cox , II**
Fresno County Counsel
2220 Tulare St.
Suite 500
Fresno, CA 93721
559-600-3444
Fax: 559-600-3480

Email: cacox@fresnocountyca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Humberto Prado** represented by **Cavan Micheal Cox , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffrey Maurice** represented by **Joseph Frueh , GOVT**
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
916-554-2702
Fax: 916-554-2900
Email: joseph.frueh@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Meridahl Mather** represented by **Joseph Frueh , GOVT**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unknown Government Officials**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2024 | 1 | COMPLAINT *FOR DAMAGES* against All Defendants by David He, Universal Meditech, Inc.. Attorney Little, Kevin G. added. (Filing fee $ 405, receipt number ACAEDC-11505971) (Little, Kevin) (Entered: 05/06/2024) |
| 05/06/2024 | 2 | CIVIL COVER SHEET filed by David He, Universal Meditech, Inc. (Little, Kevin) (Entered: 05/06/2024) |
| 05/06/2024 | 3 | SUMMONS ISSUED as to *City of Reedley, County of Fresno, Jesalyn Harper, Jeremy Harrison* with answer to complaint due within *21* days. Attorney *Kevin G. Little* *PO Box 8656* *Fresno, CA 93747*. (Sant Agata, S) (Entered: 05/06/2024) |
| 05/06/2024 | 4 | SUMMONS ISSUED as to *Jeffrey Isaak, Meridahl Mather, Jeffrey Maurice, Humberto Prado, Unknown Government Officials* with answer to complaint due within *21* days. Attorney *Kevin G. Little* *PO Box 8656* *Fresno, CA 93747*. (Sant Agata, S) (Entered: 05/06/2024) |
| 05/06/2024 | 5 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 8/13/2024 at 10:30 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. (Attachments: # 1 Standing Order, # 2 Order re Consent, # 3 VDRP) (Sant Agata, S) (Entered: 05/06/2024) |

| | | |
|---|---|---|
| 06/27/2024 | 6 | NOTICE of ERRATA by David He, Universal Meditech, Inc. re 2 Civil Cover Sheet, 4 Summons, 1 Complaint.. (Little, Kevin) (Entered: 06/27/2024) |
| 07/18/2024 | 7 | MOTION to DISMISS by County of Fresno, Humberto Prado. Attorney Cox, Cavan Micheal added. Motion Hearing set for 8/22/2024 at 09:00 AM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston. (Cox, Cavan) (Entered: 07/18/2024) |
| 07/18/2024 | 8 | REQUEST for JUDICIAL NOTICE by County of Fresno, Humberto Prado in re 7 Motion to Dismiss. (Cox, Cavan) (Entered: 07/18/2024) |
| 07/18/2024 | 9 | MOTION to DISMISS by City of Reedley, Jesalyn Harper, Jeremy Harrison, Jeffrey Isaak. Attorney Cahill, Nicole M. added. Motion Hearing set for 8/22/2024 at 09:00 AM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston. (Attachments: # 1 Points and Authorities) (Cahill, Nicole) (Entered: 07/18/2024) |
| 07/18/2024 | 10 | REQUEST for JUDICIAL NOTICE by City of Reedley, Jesalyn Harper, Jeremy Harrison, Jeffrey Isaak in re 9 Motion to Dismiss,. (Attachments: # 1 Exhs 1-4 to Req for Judicial Notice, # 2 Exhs 5-6 to Req for Judical Notice) (Cahill, Nicole) (Entered: 07/18/2024) |
| 07/18/2024 | 11 | EXHIBIT *7-9 to Request for Judicial Notice* filed by Defendants City of Reedley, Jesalyn Harper, Jeremy Harrison, Jeffrey Isaak re 9 Motion to Dismiss,. (Cahill, Nicole) (Entered: 07/18/2024) |
| 07/18/2024 | 12 | EXHIBIT *10-13 to Request for Judicial Notice* filed by Defendants Jesalyn Harper, Jeremy Harrison, Jeffrey Isaak re 9 Motion to Dismiss,. (Cahill, Nicole) (Entered: 07/18/2024) |
| 07/18/2024 | 13 | EXHIBIT *14-17 to Request for Judicial Notice* filed by Defendants City of Reedley, Jesalyn Harper, Jeremy Harrison, Jeffrey Isaak re 9 Motion to Dismiss,. (Cahill, Nicole) (Entered: 07/18/2024) |
| 07/18/2024 | 14 | EXHIBIT *18-19 to Request for Judicial Notice* filed by Defendants City of Reedley, Jesalyn Harper, Jeremy Harrison, Jeffrey Isaak re 9 Motion to Dismiss,. (Cahill, Nicole) (Entered: 07/18/2024) |
| 07/19/2024 | 15 | MINUTE ORDER (Text Only Entry) Pursuant to Local Rule 302, the filed motions to dismiss 7 9 will be heard and decided by the undersigned. As set forth in the Court's standing order, no hearing will be calendared, and the matter will be decided on the papers. As a result of the ongoing judicial resource emergency in this District, approximately 100 regular civil motions remain under submission before the undersigned. As a result, it is likely to be six **or more** months until the motion(s) in this matter is resolved. The Court reiterates that magistrate judge consent can alleviate the delay caused by the resource emergency. **The parties SHALL reconsider magistrate judge consent for all purposes or only for this pending motion**. In addition, the parties are reminded of their ongoing obligation to inform the Court of any changed circumstances that have rendered all or part of any pending motion moot. Finally, the parties are informed that the undersigned generally requires a formal settlement conference take place before any civil case proceeds to trial. Should the parties jointly wish to schedule a settlement conference, they are directed to contact Courtroom Deputy Irma Munoz at imunoz@caed.uscourts.gov signed by District Judge Jennifer L. Thurston on July 19, 2024. (Munoz, I) (Entered: 07/19/2024) |
| 07/22/2024 | 16 | MINUTE ORDER signed by Magistrate Judge Erica P. Grosjean on July 22, 2024: In light of the recently filed motions to dismiss (ECF Nos. 7 , 9 ), the Court vacates the scheduling conference set for August 13, 2024, before Magistrate Judge Erica P. Grosjean. (ECF No. 3 ). Within ten days after the issuance of the ruling on the motion(s) to dismiss, should the matter go forward, the parties are directed to contact Courtroom Deputy Felicia Navarro (Fnavarro@caed.uscourts.gov) to secure a new scheduling conference date. (Text Only Entry) (Navarro, F) (Entered: 07/22/2024) |

| | | |
|---|---|---|
| 07/29/2024 | 17 | EX PARTE APPLICATION by David He, Universal Meditech, Inc. for Extension Of Time To File Opposition To The Defendants Motions To Dismiss. (Attachments: # 1 Proposed Order) (Little, Kevin) (Entered: 07/29/2024) |
| 07/30/2024 | 18 | MINUTE ORDER signed by Magistrate Judge Erica P. Grosjean on July 30, 2024: Upon review, Plaintiffs' motion for an extension of time to respond to the pending motions to dismiss are granted, with Plaintiffs' response now being due by no later than August 22, 2024. (ECF No. 17 ). The deadline for any reply under Local Rule 230(d) is likewise extended. (Text Only Entry) (Navarro, F) (Entered: 07/30/2024) |
| 08/16/2024 | 19 | **AMENDED**MINUTE ORDER signed by Magistrate Judge Erica P. Grosjean on August 16, 2024: Plaintiffs commenced this action on May 6, 2024. The deadline for service of process pursuant to Federal Rule of Civil Procedure 4(m) was August 6, 2024. That deadline has now passed, and the Court has not received any filing indicating Defendants Maurice and Mather have been served. Accordingly, IT IS ORDERED that plaintiffs show cause why this action should not be dismissed without prejudice for failure to complete service pursuant to Rule 4(m) as to Defendants Maurice and Mather, by no later than September 9, 2024. If plaintiffs show good cause for failing to file service, the Court will extend time for service. (Text Only Entry) (Navarro, F) Modified on 8/19/2024 (Navarro, F). (Entered: 08/16/2024) |
| 08/22/2024 | 20 | OPPOSITION by David He, Universal Meditech, Inc. to 9 Motion to Dismiss, 7 Motion to Dismiss. (Little, Kevin) (Entered: 08/22/2024) |
| 08/23/2024 | 21 | NOTICE of APPEARANCE by Denny Yu on behalf of City of Reedley, Jesalyn Harper, Jeremy Harrison, Jeffrey Isaak. Attorney Yu, Denny added. (Yu, Denny) (Entered: 08/23/2024) |
| 08/30/2024 | 22 | REPLY by County of Fresno, Humberto Prado re 20 Opposition to Motion. (Cox, Cavan) (Entered: 08/30/2024) |
| 09/03/2024 | 23 | REPLY by City of Reedley, Jesalyn Harper, Jeremy Harrison, Jeffrey Isaak re 20 Opposition to Motion. (Yu, Denny) (Entered: 09/03/2024) |
| 09/04/2024 | 24 | SUMMONS RETURNED EXECUTED: Meridahl Mather served on 8/29/2024, answer due 9/19/2024; Jeffrey Maurice served on 8/29/2024, answer due 9/19/2024. (Little, Kevin) (Entered: 09/04/2024) |
| 09/09/2024 | 25 | RESPONSE to 19 ORDER to SHOW CAUSE by David He, Universal Meditech, Inc.. (Little, Kevin) (Entered: 09/09/2024) |
| 09/10/2024 | 26 | ORDER Discharging Order to Show Cause signed by Magistrate Judge Erica P. Grosjean on September 10, 2024. **IT IS ORDERED:** The Court's August 16, 2024, order to show cause is DISCHARGED. (ECF No. 19). (Navarro, F) (Entered: 09/10/2024) |
| 09/18/2024 | 27 | NOTICE *Re: Deadline for Federal Defendants' Response to the Complaint* by Meridahl Mather, Jeffrey Maurice. Attorney Frueh, Joseph added. (Frueh, Joseph) (Entered: 09/18/2024) |
| 10/30/2024 | 28 | MOTION to DISMISS by Meridahl Mather, Jeffrey Maurice. Motion Hearing set for 12/6/2024 at 09:00 AM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston. (Attachments: # 1 Memorandum of Points and Authorities) (Frueh, Joseph) (Entered: 10/30/2024) |
| 11/13/2024 | 29 | OPPOSITION by David He, Universal Meditech, Inc. to 28 Motion to Dismiss. (Little, Kevin) (Entered: 11/13/2024) |
| 11/15/2024 | 30 | MINUTE ORDER (Text Only Entry) Pursuant to Local Rule 302, the filed motion to dismiss 28 will be heard and decided by the undersigned. As set forth in the Court's |

| | | |
|---|---|---|
| | | standing order, no hearing will be calendared, and the matter will be decided on the papers. As a result of the ongoing judicial resource emergency in this District, approximately 100 regular civil motions remain under submission before the undersigned. As a result, it is likely to be six **or more** months until the motion(s) in this matter is resolved. The Court reiterates that magistrate judge consent can alleviate the delay caused by the resource emergency. **The parties SHALL reconsider magistrate judge consent for all purposes or only for this pending motion**. In addition, the parties are reminded of their ongoing obligation to inform the Court of any changed circumstances that have rendered all or part of any pending motion moot. Finally, the parties are informed that the undersigned generally requires a formal settlement conference take place before any civil case proceeds to trial. Should the parties jointly wish to schedule a settlement conference, they are directed to contact Courtroom Deputy Irma Munoz at imunoz@caed.uscourts.gov signed by District Judge Jennifer L. Thurston on November 15, 2024. (Munoz, I) (Entered: 11/15/2024) |
| 11/25/2024 | 31 | REPLY by Meridahl Mather, Jeffrey Maurice re 28 Motion to Dismiss. (Frueh, Joseph) (Entered: 11/25/2024) |