PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00219-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| JIA BEI ZHU aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference scheduled for January 22, 2025, may be continued until February 26, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced initial discovery and supplemental discovery to defense counsel. The discovery totals over 100,000 pages and records, and it includes detailed financial records. A superseding indictment was also issued in August 2024. Defense counsel needs more time to complete his investigation.

The parties had a bail review hearing in front of the Honorable Dale A. Drozd on January 8, 2025. At the hearing, Judge Drozd said that he would be willing to try this case. Therefore, the parties are in communication with Judge Drozd's chambers and each other about potential

trial dates.  They will be ready to schedule a trial date at the February 26, 2025, status conference if they do not set one before then by stipulation.

Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through February 26, 2025, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  They also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  January 15, 2025

*/s/ Anthony Capozzi*
Anthony Capozzi
Counsel for Jia Bei Zhu

Dated:  January 15, 2025

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He, Defendant. | Case No. 1:23-cr-00219-NODJ-BAM ORDER TO CONTINUE STATUS CONFERENCE |

Upon the parties' stipulation, and for good cause shown, the status conference scheduled for January 22, 2025, is continued until **February 26, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through February 26, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated: **January 15, 2025**            /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE