ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:          Anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DAVID HE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>    Plaintiff,<br><br>v.<br><br>JIA BEI ZHU aka Jesse Zhu, Qiang He, and David He,<br><br>    Defendant. | CASE NO.:   1:23-CR-00219-NODJ-BAM<br><br>**STIPULATION<br>AND ORDER**<br><br>Date: February 26, 2025<br>Time: 2:00 p.m.<br>Hon. Barbara A. McAuliffe |

   Defendant, David He, by through his counsel, Anthony P. Capozzi, and the Plaintiff, the United States of America, by and through its counsel of record, Assistant United States Attorney, Joseph Barton hereby stipulate to the following:

1. That the status conference date of February 26, 2025, be vacated and the followings dates be set.

2. The jury trial to be set before the Honorable Dale A. Drozd, United States District Court Judge, on August 5, 2025, at 9:00 a.m.  Defense counsel needs until this date to review the discovery, conduct any necessary investigation, and otherwise be fully prepared for trial in this case.  This is also the earliest date that defense counsel is available for trial in this case given the trials that he has scheduled in his other cases.

3. Trial confirmation on July 14, 2025, at 9:30 a.m., pretrial motions set for June 16, 2025, at 9:30 a.m., pretrial motions to be filed on May 19, 2025, oppositions due June 2, 2025, replies due June 9, 2025.

4. Time under the Speedy Trial Act shall be excluded through August 5, 2025, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation, and continuity of defense counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

5. By agreeing to this stipulation, the government does not concede that the defendant's true name is David He and reserves the right to contest the defendant's identity at trial.

**IT IS SO STIPULATED**.

Dated: January 27, 2025,            By: */s/ Anthony P. Capozzi*_____
                                    ANTHONY P. CAPOZZI, Attorney for
                                    DAVID HE

Dated: January 27, 2025,            By: */s/ Joseph Barton*_____
                                    JOSEPH BARTON,
                                    ASSISTANT UNITED STATE ATTORNEY

**ORDER**

IT IS SO ORDERED that the status conference set for February 26, 2025, is vacated. Motions are to be filed by May 19, 2025, oppositions due June 2, 2025, and replies due June 9, 2025. A motion hearing is set for **June 16, 2025 at 9:30 a.m. before District Court Judge Dale A. Drozd**. A trial confirmation is set for **July 14, 2025, at 9:30 a.m. before District Court Judge Dale A. Drozd**. A jury trial is set for **August 5, 2025, at 9:00 a.m. before District Court Judge Dale A. Drozd**. Estimate time of trial is **3 weeks**. Time is excluded through trial pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The clerk of the court is directed to reassign this case from "NODJ" to **District Court Judge Dale A. Drozd.** The new case number shall be 1:23-cr-00219-DAD-BAM, and all future pleadings and/or correspondence must be so numbered.

IT IS SO ORDERED.

Dated:   **January 28, 2025**              /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE