MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:23-cr-00219-NODJ-BAM |
| Plaintiff, | STIPULATION TO WITHDRAW MOTION FOR DISCOVERY AND VACATE HEARING; ORDER |
| v. | |
| JIA BEI ZHU aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

The parties met and conferred regarding the motion for discovery filed by defense counsel at Docket No. 102.  The parties agree that the motion be withdrawn and that the hearing on the motion scheduled for March 12, 2025, should be vacated.

///

///

///

The parties also agree that defense counsel may refile his discovery motion at a later date and litigate the matter if he believes that is necessary.

IT IS SO STIPULATED.


Dated:  March 10, 2025                    _/s/ Anthony Capozzi_____
                                         Anthony Capozzi
                                         Counsel for the defendant


Dated:  March 10, 2025                    _/s/ Joseph Barton_____
                                         Joseph Barton
                                         Arelis Clemente
                                         Assistant United States Attorneys

1  MICHELE BECKWITH
   Acting United States Attorney
2  JOSEPH D. BARTON
   ARELIS M. CLEMENTE
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA            Case No. 1:23-cr-00219-DAD-BAM

13            Plaintiff,                ORDER

14      v.

15 JIA BEI ZHU, aka Jesse Zhu, Qiang He,
   and David He,
16
            Defendant.
17

18

19      Upon the parties' stipulation, and for good cause shown, the motion for discovery filed

20 by defense counsel at Docket No. 102 is withdrawn and the hearing on the motion scheduled for

21 March 12, 2025, is vacated.

22

23 IT IS SO ORDERED.

24    Dated:   **March 11, 2025**            /s/ Barbara A. McAuliffe

25                                       UNITED STATES MAGISTRATE JUDGE

26

27

28

                                        3