MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00219-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL |
| v. | |
| JIA BEI ZHU aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the trial scheduled to begin on August 5, 2025, may be continued until October 7, 2025, before the Honorable Dale A. Drozd.  The parties have cleared this date with the Court.

The government has produced initial discovery to defense counsel as well as supplemental discovery that the government has received from potential witnesses in connection with its trial preparation efforts.  Discovery consists of approximately 125,000 records, including interview reports, shipping records, video recordings, photographs, emails, text messages and other types of instant messages, U.S. Food and Drug Administration records, customs and immigration records, and financial records.  Discovery also includes physical search warrant

returns that have been made available to defense counsel for his review.  Defense counsel has received or been provided access to all discovery.

The government believes it may receive additional discovery from potential witnesses as it continues its trial preparation efforts.  The government will produce this additional discovery to defense counsel as soon as it is received consistent with its discovery obligations.

Defense counsel has multiple other state and federal matters that will proceed this summer.  This includes a federal trial that is proceeding in mid-July.  Therefore, defense counsel cannot be ready for the trial in this case that is scheduled to begin on August 5, 2025, and needs more time to prepare any pretrial motions that are currently due on May 19, 2025.  Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through October 7, 2025, in the interests of justice, including but not limited to, the need for effective defense preparation, defense investigation, and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.  The parties further agree that the Court should reset the pretrial motions deadline in this case so that any pretrial motions are due in the later part of August 2025.  This continuance will give defense counsel adequate time to prepare.

Dated:  May 9, 2025        */s/ Anthony Capozzi*
                           Anthony Capozzi
                           Defense Counsel

Dated:  May 9, 2025        */s/ Joseph Barton*
                           Joseph Barton
                           Arelis Clemente
                           Assistant United States Attorneys

MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JIA BEI ZHU aka Jesse Zhu, Qiang He, and David He, <br><br> Defendant. | Case No. 1:23-cr-00219-DAD-BAM <br><br> ORDER CONTINUING TRIAL DATE AND SETTING RELATED DATES |

Upon the parties' stipulation and for good cause shown, the trial scheduled to begin on August 5, 2025, is continued until October 7, 2025, before the Honorable Dale A. Drozd. The period through October 7, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The Court sets the following pretrial schedule:

Pretrial motions due August 11, 2025

Oppositions due August 15, 2025

Replies due August 18, 2025

Hearing on Pretrial Motions set for August 25, 2025, at 9:30 a.m.

/////

3

1   Trial Confirmation Hearing set for September 15, 2025, at 9:30 a.m.

2   Jury Trial set for October 7, 2025, at 9:00 a.m.

4   IT IS SO ORDERED.

5   Dated: __**May 13, 2025**__

         /s/ Dale A. Drozd
         DALE A. DROZD
         UNITED STATES DISTRICT JUDGE

4