MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JIA BEI ZHU,<br>Aka Jesse Zhu, Qiang He, and David He, and<br>ZHAOYAN WANG,<br><br>　　　　　　　Defendants. | CASE NO. 1:23-CR-00219-DAD-BAM<br><br>**STIPULATION RE TREATMENT OF PROTECTED INFORMATION BETWEEN THE GOVERNMENT AND DEFENDANT JIA BEI ZHU; AND ORDER** |

　　　　WHEREAS, potential additional discovery in this case contains a large amount of other people's personal identifying information, including personal identification numbers, dates of birth, financial account numbers, telephone numbers, and residential addresses ("Protected Information"); and

　　　　WHEREAS, the parties desire to avoid the necessity of large-scale redactions and the unauthorized disclosure of Protected Information to anyone not a party to this case;

　　　　The parties agree that entry of a stipulated protective order is appropriate.

　　　　THEREFORE, the parties stipulate as follows:

　　　　1.　　　This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority that pertains to discovery produced to the defendant's counsel in this case after July 11, 2025;

2. By signing this stipulation, defense counsel agrees not to share any discovery that contains Protected Information with anyone other than other defense counsel involved in the case and defense counsel investigators and support staff. Defense counsel may permit the defendant to review unredacted discovery that contains Protected Information in the presence of defense counsel or defense counsel investigators and support staff. But defense counsel shall not allow the defendant to copy the Protected Information and may only provide the defendant with copies of discovery from which the Protected Information is redacted;

3. The discovery may be used only in connection with the litigation of this case. The discovery is now and will remain the property of the government. Defense counsel will return the discovery to the government, or certify that it has been destroyed, at the conclusion of the case;

4. Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement; and

5. In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold discovery from the new defense counsel until the new defense counsel agrees to be bound by this stipulation and resulting order.

IT IS SO STIPULATED.

DATED: July 11, 2025                    */s/ Anthony Capozzi*
                                        Anthony Capozzi
                                        Counsel for Jia Bei Zhu


DATED: July 11, 2025                    */s/ Joseph Barton*
                                        Joseph Barton
                                        Assistant United States Attorney

2

MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIA BEI ZHU,<br>Aka Jesse Zhu, Qiang He, and David He, and<br>ZHAOYAN WANG,<br><br>Defendants. | CASE NO. 1:23-CR-00219-DAD-BAM<br><br>**ORDER RE TREATMENT OF PROTECTED INFORMATION BETWEEN THE GOVERNMENT AND DEFENDANT JIA BEI ZHU** |

For good cause shown, the stipulation between counsel, dated July 11, 2025, in the above case regarding the treatment of protected information contained in the discovery is approved.

IT IS SO ORDERED.

Dated:  **July 14, 2025**            /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE

3