ERIC GRANT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00219-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL |
| v. | |
| JIA BEI ZHU aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the trial scheduled to begin on October 7, 2025, may be continued until March 10, 2026, before the Honorable Dale A. Drozd. The parties have cleared this date with the Court.

The government has produced discovery to defense counsel as well as supplemental discovery that the government has received from potential witnesses in connection with its trial preparation efforts. Discovery consists of approximately 135,500 records, including interview reports, shipping records, video recordings, photographs, emails, text messages and other types of instant messages, U.S. Food and Drug Administration records, customs and immigration records, and financial records. Discovery also includes physical search warrant returns and

electronic devices that have been made available to defense counsel for his review. Defense counsel has received or been provided access to all discovery.

The government believes it may receive additional discovery from potential witnesses as it continues its trial preparation efforts. The government will produce this additional discovery to defense counsel as soon as it is received consistent with its discovery obligations.

Defense counsel has multiple other state and federal trials that are scheduled to proceed later this year and early next year. This includes a state trial that involves violent crimes, which is proceeding in early October 2025 when the trial in this case is currently scheduled to start. It also includes a federal trial that involves drug crimes that is scheduled to start in January 2026. Therefore, defense counsel cannot be ready for the trial in this case as scheduled and needs more time to prepare and draft any pretrial motions.

Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through March 10, 2026, in the interests of justice, including but not limited to, the need for effective defense preparation, defense investigation, and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial. The parties further agree that the Court should vacate any remaining pretrial motion deadlines and hearings in this case. The parties will consult with the Court on scheduling new deadlines and hearings as appropriate.

Dated: August 19, 2025

*/s/ Anthony Capozzi*
Anthony Capozzi
Defense Counsel

Dated: August 19, 2025

*/s/ Joseph Barton*
Joseph Barton
Arelis Clemente
Assistant United States Attorneys

| | |
|---|---|
| 1 | ERIC GRANT |
|   | United States Attorney |
| 2 | JOSEPH D. BARTON |
|   | ARELIS M. CLEMENTE |
| 3 | Assistant United States Attorneys |
|   | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721 |
|   | Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00219-DAD-BAM |
|---|---|
| Plaintiff, | ORDER TO CONTINUING TRIAL DATE |
| v. | |
| JIA BEI ZHU aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the trial currently scheduled to begin on October 7, 2025, is continued until March 10, 2026, at 9:00 AM in Courtroom #4 before the Honorable Dale A. Drozd in Sacramento. The period from the date of this order through March 10, 2026, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), Local Code T4. Any remaining pretrial motion deadlines and hearing are vacated. The parties are directed to confer and submit a stipulation and proposed order resetting the pretrial motions briefing schedule, hearing date and trial confirmation dates (maintaining the time gaps previously set by the court) for the court's consideration. **Finally, no**

/////

/////

/////

3

**further continuances of the of the trial date in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated: __August 20, 2025__              _/s/ Dale A. Drozd_
                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE

4