UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID HE,<br><br>　　　　　Defendant. | No. 1:23-cr-00219-DAD-BAM<br><br>ORDER GRANTING DEFENSE COUNSEL'S *EX PARTE* MOTION TO WITHDRAW AND REFERRING CASE TO THE FEDERAL DEFENDER'S OFFICE FOR APPOINTMENT OF COUNSEL |

Good cause appearing, attorney Anthony P. Capozzi's *ex parte* motion (*see* Doc. No. 117), to withdraw as counsel of record for defendant David He is granted. This case is referred to the Federal Defender's Office for this district for purposes of identifying Criminal Justice Act counsel to be appointed to represent defendant. The court notes that this case is currently set for jury trial before the undersigned in the Sacramento courthouse on March 10, 2026 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **September 15, 2025**

　　　　　　　　　　　　　　　　　　　　*Dale A. Drozd*
　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1