ERIC GRANT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:23-cr-00219-DAD-EPG |
|---|---|
| Plaintiff, | STIPULATION TO ADVANCE TRIAL CONFIRMATION HEARING |
| v. | |
| JIA BEI ZHU aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

Pursuant to the Court's minute order issued on December 5, 2025, the parties agree that the trial confirmation hearing that is scheduled for February 23, 2026, may be advanced to February 9, 2026, at 10:00 a.m. in Fresno, California, before the Honorable Dale A. Drozd.

///

///

///

IT IS SO STIPULATED.

Dated:  January 16, 2026

*/s/ Anthony Capozzi*
Anthony Capozzi
Defense Counsel

Dated:  January 16, 2026

*/s/ Joseph Barton*
Joseph Barton
Arelis Clemente
Assistant United States Attorneys

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:23-cr-00219-DAD-EPG |
| Plaintiff, | ORDER TO ADVANCE TRIAL CONFIRMATION HEARING |
| v. | |
| JIA BEI ZHU aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the trial confirmation hearing that is scheduled for February 23, 2026, is advanced to February 9, 2026, at 10:00 a.m. in Fresno, California, before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated:    **January 16, 2026**                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE