ERIC GRANT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:23-cr-00219-DAD-EPG-1 |
| Plaintiff, | STIPULATION TO VACATE FURTHER TRIAL CONFIRMATION HEARING AND CONFIRM TRIAL READINESS |
| v. | |
| JIA BEI ZHU aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

The parties agree that the further trial confirmation hearing that is scheduled for April 6, 2026, can be vacated.  The parties also agree that they will be ready to start trial as scheduled on April 21, 2026.

///

///

///

IT IS SO STIPULATED.


Dated:  April 1, 2026                                      /s/ Anthony Capozzi
                                                          Anthony Capozzi
                                                          Defense Counsel


Dated:  April 1, 2026                                      /s/ Joseph Barton
                                                          Joseph Barton
                                                          Arelis Clemente
                                                          Assistant United States Attorneys

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:23-cr-00219-DAD-EPG-1 |
| Plaintiff, | ORDER |
| v. | |
| JIA BEI ZHU aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the further trial confirmation hearing that is scheduled for April 6, 2026, is vacated and the case is confirmed for jury trial starting on April 21, 2026, at 9:00 AM in the Sacramento Courthouse, Courtroom No.4, before District Judge Dale A. Drozd.


IT IS SO ORDERED.

Dated:  **April 1, 2026**                    _____
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE

3