ERIC GRANT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                v.<br><br>JIA BEI ZHU,<br>Aka Jesse Zhu, Qiang He, And David He,<br><br>                          Defendant. | CASE NO.  1:23-CR-00219-DAD<br><br>NOTICE OF REQUEST TO SEAL GOVERNMENT'S MOTIONS IN LIMINE AND REQUEST TO SEAL DOCUMENTS |

Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney Joseph D. Barton and Arelis M. Clemente, provide notice that it is requesting to file under seal: (1) a Motions in Limine filed with the Court in connection with the criminal prosecution of defendant Jia Bei Zhu based upon the concerns articulated in the government's Request to Seal Documents; and (2) a Request to Seal Documents.  The government respectfully requests that these documents  remain under seal until further Order of the Court.

The aforementioned documents were electronically transmitted to the Court on April 3, 2026. Copies of the documents will be served on the other party.

Dated:  April 3, 2026                                          ERIC GRANT
                                                                             United States Attorney


                                                          By:  /S/ JOSEPH D. BARTON
                                                                     JOSEPH D. BARTON
                                                                     Assistant United States Attorney

NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL
DOCUMENTS

1