

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
THE HONORABLE DALE A. DROZD**

| | |
|---|---|
| UNITED STATES, | CASE No.  1:23-cr-00219-DAD-EPG |
| Plaintiff, | |
| v. | **MINUTES** |
| JIA BEI ZHU. | Date: April 21, 2026 |
| | Deputy Clerk: P. Buzo |
| Defendant*. | Court Reporter: Jennifer Coulthard |

_____/

Counsel for Plaintiff: Joseph Barton, Arelis Clemente
Defendant: Anthony Capozzi

## JURY TRIAL – DAY 1

| | |
|---|---|
| 9:20 am | Court in session outside the presence of the jury.  Jia Bei Zhu, present in custody. Jeff Dinn and Richard Shek Mandarin Interpreters present. Anthoy Capozzi appeared for defendant. Joseph Barton and Arelis Clemente appeared for the Govt. Court addressed Govt's request to seal. |
| 9:25 am | Court addressed Motions in Limine and gave preliminary findings as stated on the record.  Mr. Barton addressed motions in limine.  Defense addressed Govt's position and submitted.  Court ruled from the Bench: Government's motion to admit defendant Zhu's own statements (Part A.1.) is GRANTED to the extent sufficient foundation is laid;  Government's motion to admit co-conspirator statements (Part A.2.) is GRANTED subject to the requirement that the government prove the existence of a conspiracy during the course of the trial; Government's remaining motions to admit statements (Parts A.3., A.4., and A.5.) were reserved for decision as they arise during the trial; Government's motion to admit testimony regarding certain prior acts by defendant Zhu (Part B) is DENIED IN PART as to confiscation of embryos and GRANTED IN PART as to all remaining prior acts; government's motion to exclude witnesses' prior misdemeanor convictions (Part C) is GRANTED; Defendant's motion in limine to exclude defendant's prior bad acts is GRANTED IN PART as to confiscation of embryos AND DENIED IN PART as to all remaining prior acts. |
| 10:05 am | Court stated there will be two alternates, court discussed duration of trial of two weeks |
| 10:06am | Govt addressed defense witness list. |
| 10:08 am | Court addressed jury selection and procedure, challenges, strike sheet, |
| 10:16 am | Govt moved to exclude witness, except case FBI Agent Chet Johnson.  Motion granted. |

1:23-cr-00219-DAD-EPG, USA v. Jia Bei Zhu
Minutes - Page 2

| | |
|---|---|
| 10:00 am | Recess |
| 10:42 am | Court back in session. |
| 10:50 am | Prospective jurors present and sworn. Voir Dire began. Introduction of court staff, Mandarin Interpreters, and parties. |
| 11:34 am | Morning recess. |
| 11:40 am | Court back in session.  Outside the presence of the prospective jurors. |
| 11:48 am | Back in the presence of prospective jurors.  Voir Dire resumed. Court addressed trial schedule. Court addressed hardships. |
| 12:47 pm | Lunch recess. |
| 1:52 pm | Court back in session. Resume Voir Dire of prospective jurors. Sidebar.  Court addressed absence of juror #11.  Court to issue Bench Warrant. |
| 3:11 pm | Afternoon recess. |
| 3:37 pm | Outside the presence of the prospective jurors.  Discussion off the record of juror |
| 3:40 pm | Back in the presence of prospective jurors. Govt Voir Dire.  Defense Voir Dire. |
| 4:19 pm | Voir Dire completed. |
| 4:51 pm | Jurors sworn. |
| 4:52 pm | Court addressed jury with nature of case and preliminary instructions. |
| 5:10 pm | Court in recess.  Court admonished jury. Jury trial continued to 4/22/26 at 9:00 a.m. |
| | |
| | |

TIME IN COURT: 6.5 hours