ERIC GRANT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JIA BEI ZHU aka Jesse Zhu, Qiang He, and David He,<br><br>Defendant. | Case No. 1:23-cr-00219-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING |

The parties agree that the sentencing in this case scheduled for August 24, 2026, should be continued until October 26, 2026, at 9:30 a.m., before the Honorable Dale A. Drozd in Courtroom 4 of the Sacramento Federal Courthouse. The Probation Office has informed the parties that it needs more time to finish the defendant's PSR. Defense counsel has also informed the government that he has a trial in another federal drug case scheduled to begin at the end of July 2026 that will likely proceed as scheduled and that he is then going on pre-planned leave in September 2026. Therefore, he needs more time to prepare for the sentencing.

The parties further agree to the following sentencing schedule:

Judgment and Sentencing Date: October 26, 2026

Reply, or Statement of Non-Opposition: October 19, 2026

Formal Objections to Presentence Report shall be filed with the Court and served on Probation and opposing counsel no later than: October 12, 2026

The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: October 5, 2026

Counsel's informal written objections to the Presentence Report shall be delivered to Probation and opposing counsel no later than: September 14, 2026

Draft Presentence Report shall be disclosed no later than: August 31, 2026

The parties have met and conferred with Probation and they agree with this schedule.

IT IS SO STIPULATED.

Dated: July 10, 2025

*<u>/s/ Anthony Capozzi</u>*
Anthony Capozzi
Counsel for the defendant

Dated: July 10, 2025

*<u>/s/ Joseph Barton</u>*
Joseph Barton
Arelis Clemente
Assistant United States Attorneys

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He,<br><br>Defendant. | Case No. 1:23-cr-00219-DAD-BAM<br><br>ORDER |

Upon the parties' stipulation, and for good cause shown, the sentencing in this case that is scheduled for August 24, 2026, is continued until October 26, 2026, at 9:30 a.m., before the Honorable Dale A. Drozd in Courtroom 4 of the Sacramento Federal Courthouse. The sentencing schedule shall be as follows:

///

///

///

Judgment and Sentencing Date: October 26, 2026

Reply, or Statement of Non-Opposition: October 19, 2026

Formal Objections to Presentence Report shall be filed with the Court and served on Probation and opposing counsel no later than: October 12, 2026

The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: October 5, 2026

Counsel's informal written objections to the Presentence Report shall be delivered to Probation and opposing counsel no later than: September 14, 2026

Draft Presentence Report shall be disclosed no later than: August 31, 2026

IT IS SO ORDERED.

Dated: **July 10, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE